YUNG MING CHOU, ESQ (SBN 172118)
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Tel.: (510) 713-8698
Fax: (510) 713-8690
Email: chouyung@aol.com

Attorney for Plaintiffs
PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>S.P.C. TECHNOLOGY, GLZ SERVICE INC., PC MOBILE STATION.COM CORP., JNB GROUP INC., HERBET LIN d.b.a. ALL TECH COMPUTER, IVY LIN d.b.a. IVY COMPUTERS, INC., ELITE NETWORK COMPUTER, INC., ANDY CHEN d.b.a. DRIFTING COMPUTER, JACK WANG d.b.a. SHENZHOU COMPUTER MALL INC., TONY CHANG d.b.a. AZIANEAGLE,, AND NEW YORK COMPUTER SUPPLY INC.,<br><br>Defendants. | Case No.: C07 03621 JL<br><br>REQUEST TO ENTER DEFAULT OF PC MOBILE STATION.COM CORP., JNB GROUP INC., HERBET LIN d.b.a. ALL TECH COMPUTER,, ANDY CHEN d.b.a. DRIFTING COMPUTER, JACK WANG d.b.a. SHENZHOU COMPUTER MALL INC., TONY CHANG d.b.a. AZIANEAGLE,, AND NEW YORK COMPUTER SUPPLY INC., |
|---|---|

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Plaintiffs Penpower Technology Ltd. and Penpower, Inc. request that the Clerk of this Court enter the default of the following defendants for failure to plead or otherwise defend in a timely manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure:

1. PC Mobile Station.com Corp.,
2. JNB Group Inc.,

1

C07 03621 JL (REQUEST TO ENTER DEFAULT)

1      3. Herbet Lin, d.b.a. All Tech Computer,

2      4. Andy Chen, d.b.a. Drifting Computer,

3      5. Jack Wang, d.b.a. Shenzhou Computer Mall Inc.,

4      6. Tony Chang, d.b.a. Azianeagle, and

5      7. New York Computer Supply Inc.

6      This request is based on the attached Affidavit of Yung-Ming Chou, which shows:

7      1. The defendants set forth below had been served with summons and complaint on the

8  date immediately following their respective names:

| Name | Date of Service |
|---|---|
| PC Mobile Station.com Corp. | July 27, 2007 |
| JNB Group Inc. | July 27, 2007 |
| Herbet Lin, d.b.a. All Tech Computer | July 26, 2007 |
| Andy Chen, d.b.a. Drifting Computer | July 27, 2007 |
| Jack Wang, d.b.a. Shenzhou Computer Mall Inc. | July 26, 2007 |
| Tony Chang, d.b.a. Azianeagle | July 27, 2007 |
| New York Computer Supply Inc. | July 26, 2007 |

17      2. The Proofs of Service filed with this Court on September 4, 2007 establish that

18  services were proper pursuant to Rule 4 of the Federal Rules of Civil Procedure. The file-

19  Stamped copies of the Proof of Service are on the file of this Court.

20      3. Defendants PC Mobile Station.com Corp., JNB Group Inc., Herbet Lin, d.b.a. All Tech

21  Computer, Andy Chen, d.b.a. Drifting Computer, Jack Wang, d.b.a. Shenzhou Computer Mall

22  Inc., Tony Chang, d.b.a. Azianeagle, and New York Computer Supply Inc. have failed to plead

23  or otherwise respond to the complaint.

24      4. The applicable time limit for responding has expired.

25      5. PC Mobile Station.com Corp., JNB Group Inc., and New York Computer Supply Inc.

26  are New York corporations. Herbet Lin, d.b.a. All Tech Computer, Andy Chen, d.b.a. Drifting

27  Computer, Jack Wang, d.b.a. Shenzhou Computer Mall Inc., and Tony Chang, d.b.a. Azianeagle

28  are not an incompetent person.

C07 03621 JL (REQUEST TO ENTER DEFAULT)

1 | Dated: September 5, 2007

2 |                /s/ Yung-Ming Chou
3 |               Yung-Ming Chou
              Attorney for Plaintiffs Penpower
4 |               Technology Ltd. & Penpower, Inc.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C07 03621 JL (REQUEST TO ENTER DEFAULT)