YUNG MING CHOU, ESQ (SBN 172118)
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Tel.: (510) 713-8698
Fax: (510) 713-8690
Email: chouyung@aol.com

Attorney for Plaintiffs
       PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| PENPOWER TECHNOLOGY LTD. & PENPOWER, INC. | Case No.: C07 03621 JL |
| Plaintiffs, | AFFIDAVIT OF YUNG-MING CHOU IN SUPPORT OF REQUEST TO ENTER DEFAULT OF PC MOBILE STATION.COM CORP., JNB GROUP INC., HERBET LIN d.b.a. ALL TECH COMPUTER,, ANDY CHEN d.b.a. DRIFTING COMPUTER, JACK WANG d.b.a. SHENZHOU COMPUTER MALL INC., TONY CHANG d.b.a. AZIANEAGLE,, AND NEW YORK COMPUTER SUPPLY INC., |
| vs. | |
| S.P.C. TECHNOLOGY, GLZ SERVICE INC., PC MOBILE STATION.COM CORP., JNB GROUP INC., HERBET LIN d.b.a. ALL TECH COMPUTER, IVY LIN d.b.a. IVY COMPUTERS, INC., ELITE NETWORK COMPUTER, INC., ANDY CHEN d.b.a. DRIFTING COMPUTER, JACK WANG d.b.a. SHENZHOU COMPUTER MALL INC., TONY CHANG d.b.a. AZIANEAGLE,, AND NEW YORK COMPUTER SUPPLY INC., | |
| Defendants. | |

Yung-Ming Chou, being duly sworn, deposes and states:

    1. My name is Yung-Ming Chou.

    2. I am over 18 years of age. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

    3. I am the attorney of record for plaintiffs Penpower Technology Ltd and Penpower, Inc., and my business address is located at 39111 Paseo Padre Parkway, Suite 207, Fremont, CA

1

C07 03621 JL (AFFIDAVIT IN SUPPORT OF REQUEST TO ENTER DEFAULT)

1  94538.

2      4. On July 14, 2007, I retained D & R Legal Process Services, LLC located at 39159

3  Paseo Padre Parkway, #112, Fremont, CA 94538 to effect the service of process by personal

4  delivery of the summons and complaint in this action to the following defendants at their

5  respective residence and/or principal place of business listed below under Rule 4 of the Federal

6  Rules of Civil Procedure:

| Name | Address | Date Served |
|---|---|---|
| PC Mobile Station.com Corp. | 57 Division Street, #A, New York, NY 10002 | 07/27/2007 |
| JNB Group Inc. | 38 Canal Street, New York, NY 10002 | 07/27/2007 |
| Herbet Lin, d.b.a. All Tech Computer | 37-08 Main St., 2F/#218, Flushing, NY 11354 | 07/26/2007 |
| Andy Chen, d.b.a. Drifting Computer | 43 East Broadway, New York, NY 10002 | 07/27/2007 |
| Jack Wang (Shenzhou Computer Mall Inc.) | 41-70 Main St., #A2, Flushing, NY 11355 | 07/26/2007 |
| Tony Chang, d.b.a. Azianeagle | 48 Eldridge Street, New York, NY 10002 | 07/27/2007 |
| New York Computer Supply Inc. | 54-11 Roosevelt Avenue, Woodside, NY 11377 | 07/26/2007 |

15      D & R Legal Process Services, LLC executed Proofs of Service after it served the

16  aforesaid defendants on July 26 and 27, 2007 respectively. The aforesaid Proofs of Service were

17  duly filed with this Court on September 4, 2007.

18      5. Defendants PC Mobile Station.com Corp., JNB Group Inc., Herbet Lin, d.b.a. All Tech

19  Computer, Andy Chen, d.b.a. Drifting Computer, Jack Wang, d.b.a. Shenzhou Computer Mall

20  Inc., Tony Chang, d.b.a. Azianeagle, and New York Computer Supply Inc. have failed to serve

21  and file an answer or otherwise responded to the complaint.

22      6. Under Rule 12(a)(1) of the Federal Rules of Civil Procedure, the time limit for

23  responding to the complaint has now expired, and the time for defendants PC Mobile

24  Station.com Corp., JNB Group Inc., Herbet Lin, d.b.a. All Tech Computer, Andy Chen, d.b.a.

25  Drifting Computer, Jack Wang, d.b.a. Shenzhou Computer Mall Inc., Tony Chang, d.b.a.

26  Azianeagle, and New York Computer Supply Inc. has not been extended by any stipulation of

27  the parties or any order of the Court.

28      7. PC Mobile Station.com Corp., JNB Group Inc., and New York Computer Supply Inc.

1 are New York corporations. Herbet Lin, d.b.a. All Tech Computer, Andy Chen, d.b.a. Drifting
2 Computer, Jack Wang, d.b.a. Shenzhou Computer Mall Inc., and Tony Chang, d.b.a. Azianeagle
3 are not an infant or incompetent person within the meaning of Rule 55 of the Federal Rules of
4 Civil Procedure because they are adults and doing business in New York State and appear to be
5 capable of managing their own affairs, and are not in military service.
6     I declare under the penalty of perjury under the laws of the United States that the
7 foregoing is true and correct.
8 Dated: September 5, 2007          __/s/ Yung-Ming Chou_____
                                     Yung-Ming Chou

3