YUNG MING CHOU, ESQ (SBN 172118)
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Tel.: (510) 713-8698
Fax: (510) 713-8690
Email: chouyung@aol.com

Attorney for Plaintiffs
PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>S.P.C. TECHNOLOGY, GLZ SERVICE INC., PC MOBILE STATION.COM CORP., JNB GROUP INC., HERBET LIN d.b.a. ALL TECH COMPUTER, IVY LIN d.b.a. IVY COMPUTERS, INC., ELITE NETWORK COMPUTER, INC., ANDY CHEN d.b.a. DRIFTING COMPUTER, JACK WANG d.b.a. SHENZHOU COMPUTER MALL INC., TONY CHANG d.b.a. AZIANEAGLE,, AND NEW YORK COMPUTER SUPPLY INC.,<br><br>Defendants. | Case No.: C07 03621 JL<br><br>NOTICE OF VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANT S.P.C. TECHNOLOGY WITHOUT PREJUDICE |

Pursuant to Rule 41(a)(1) of Federal Rules of Civil Procedure, plaintiffs Penpower Technology Ltd. and Penpower, Inc. voluntarily dismiss this action and all causes of action contained therein against defendant S.P.C. Technology without prejudice. As of this date, defendant S.P.C. Technology has not filed an answer or otherwise responded to the complaint.

Dated: September 6, 2007

    /s/ Yung-Ming Chou
Yung-Ming Chou
Attorney for Plaintiffs Penpower
Technology Ltd. & Penpower, Inc.

1

C07 03621 JL (NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE)