| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Yung-Ming Chou Esq. Law Offices Of: Yung-Ming Chou 39111 Paseo Padre Pkwy. Suite #207 Fremont, CA 94538 | | | | FILED 2007 SEP -4 P 2:48 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J |
| Telephone No: 510 713-8698     FAX No: 510 713-8690 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court, Northern District Of California | | | | |
| Plaintiff: Penpower Technology Ltd, et al. | | | | |
| Defendant: S.P.C. Technology , et al. | | | | |

| PROOF OF SERVICE Summons in a Civil Case | Hearing Date: | Time: | Dept/Div: | Case Number: C0703621JL |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Case Complaint for Trademark Infringement, Copyright Infringement and Unfair Competition; Order Setting Initial Case Management Conference and ADR Deadlines

*3. a. Party served:*                    Herbert Lin d.b.a. All Tech Computer

*4. Address where the party was served:*    All Tech Computer
                                            37-08 Main Street
                                            2nd Floor, Room 218
                                            Flushing, NY 11354

*5. I served the party:*
   b. by **substituted service**. On: Thu., Jul. 26, 2007 at: 1:12PM by leaving the copies with or in the presence of:
      Mr. Quam, Employee, Asian, Male, 45 Years Old, Black Hair, Brown Eyes, 5
      Feet 7 Inches, 180 Pounds
   (1) **(Business)** a person at least 18 years of age apparently in charge of the office or usual place of business of the person served.
      I informed him or her of the general nature of the papers. The Defendant's Residence address is unknown.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.
6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   *on behalf of:*  Herbert Lin d.b.a. All Tech Computer

*7. Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Linden Blackman                          d.  *The Fee for Service was:*    $100.00
   b. **D & R Legal Process Service, L.L.C.**  e.  I am: (3) registered California process server
      39159 Paseo Padre Parkway, Registration # 555        *(i)*   Independent Contractor
      Suite #112                                           *(ii)*  *Registration No.:*    871311
      Fremont, CA 94538                                    *(iii)* *County:*              Alameda
   c. (510) 797-9996, FAX (510) 797-9998

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   SEE ATTACHED JURAT.

**JURAT**

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on this 20th day of August, 20 07, by _Linden Blackman_ , personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Commission Expires Dec. 4, 2010

| Attorney or Party without Attorney:<br>Yung-Ming Chou Esq.<br>Law Offices Of: Yung-Ming Chou<br>39111 Paseo Padre Pkwy.<br>Suite #207<br>Fremont, CA 94538<br>Telephone No: 510 713-8698    FAX No: 510 713-8690 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: Penpower Technology Ltd, et al. | | | | |
| Defendant: S.P.C. Technology , et al. | | | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C070362 1JL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case Complaint for Trademark Infringement, Copyright Infringement and Unfair Competition;  Order Setting Initial Case Management Conference and ADR Deadlines

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:                   Wed., Aug. 01, 2007
   b. Place of Mailing:                  Fremont, CA 94538
   c. Addressed as follows:              Herbert Lin d.b.a. All Tech Computer
                                         All Tech Computer
                                         37-08 Main Street
                                         2nd Floor,  Room  218
                                         Flushing, NY 11354

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Aug. 01, 2007 in the ordinary course of business.

5. *Person Serving:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jason M. Burke, CCPS                      d.  *The Fee for Service was:*   $100.00
   b. D & R Legal Process Service, L.L.C.       e.  I am: (3)  registered California process server
      39159 Paseo Padre Parkway, Registration # 555        *(i)*    Independent Contractor
      Suite #112                                           *(ii) Registration No.:*    555
      Fremont, CA 94538                                    *(iii) County:*            Alameda
   c. (510) 797-9996, FAX (510) 797-9998                   *(iv)  Expiration Date:*   Tue, Aug. 21, 2007

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Tue, Aug. 14, 2007

PROOF OF SERVICE<br>By Mail          (Jason M. Burke, CCPS)          chou.10517

| Attorney or Party without Attorney:<br>Yung-Ming Chou Esq.<br>Law Offices Of: Yung-Ming Chou<br>39111 Paseo Padre Pkwy.<br>Suite #207<br>Fremont, CA 94538 | | For Court Use Only |
|---|---|---|
| Telephone No: 510 713-8698    FAX: No: 510 713-8690 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | |
| Plaintiff: Penpower Technology Ltd, et al. | | |
| Defendant: S.P.C. Technology , et al. | | |

| **Declaration of Due Dilligance** | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| Summons in a Civil Case | | | | C0703621JL |

1. I, Linden Blackman, and any employee or independent contractors retained by D & R Legal Process Service, L.L.C. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Herbert Lin d.b.a. All Tech Computer as follows:

2. *Documents:*   Summons in a Civil Case Complaint for Trademark Infringement, Copyright Infringement and Unfair Competition; Order Setting Initial Case Management Conference and ADR Deadlines.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 07/24/07 | 9:45am | Business | The subject is not available for service. Attempt made by: Linden Blackman. Attempt at: All Tech Computer 37-08 Main Street 2nd Floor, Room 218 Flushing NY 11354. |
| Wed | 07/25/07 | 4:23pm | Business | The subject is not available for service. Attempt made by: Linden Blackman. Attempt at: All Tech Computer 37-08 Main Street 2nd Floor, Room 218 Flushing NY 11354. |
| Thu | 07/26/07 | 1:12pm | Business | Substituted Service on: Herbert Lin d.b.a. All Tech Computer Business - All Tech Computer 37-08 Main Street 2nd Floor, Room 218 Flushing, NY. 11354 by Serving: party in item 3.a. a person at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: Mr. Quam, Employee, Asian, Male, 45 Years Old, Black Hair, Brown Eyes, 5 Feet 7 Inches, 180 Pounds. Served by: Linden Blackman |
| Wed | 08/01/07 | | | Mailed copy of Documents to: Herbert Lin d.b.a. All Tech Computer |

3. *Person Executing*
   a. Linden Blackman
   b. **D & R Legal Process Service, L.L.C.**
      39159 Paseo Padre Parkway, Registration # 555
      Suite #112
      Fremont, CA 94538
   c. (510) 797-9996, FAX (510) 797-9998

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. **The Fee** *for service was:* $100.00
   e. *I am:* (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*        871311
      (iii) *County:*                     Alameda

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   SEE ATTACHED JURAT.

**Declaration of Due Dilligance**                    (Linden Blackman)

**JURAT**

State of New York,
County of New York

    Subscribed and sworn to (or affirmed) before me on this 20th day of August, 2007 by Linda Blackman personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Commission Expires Dec. 4, 2010

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

FILED

2007 SEP -4 P 2: 52

SUMMONS IN A CIVIL CASE

CLERK

CASE NUMBER:

C07   03621

Penpower Technology Ltd. & Penpower, Inc.

V.

S,P.C. Technology, GLZ Service Inc., PC Mobile Station.Com Corp, JNB Group Inc., Herbet Lin d.b.a. All Tech Computer, Ivy Lin, d.b.a. Ivy Computers, Inc., Elite Network Computer, Inc., Andy Chen d.b.a. Drifting Computer, Inc., Jack Wang d.b.a. Shenzhou Computer Mall Inc., Tony Chang d.b.a. Azianeagle, and New York Computer Supply Inc.

JL

TO: (Name and address of defendant)

see Attachment I.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yung-Ming Chou, Esq.
39111 Paseo padre parkway, #207
Fremont, CA 94538

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

Betty J. Walton

(BY) DEPUTY CLERK

DATE   JUL 13 2007