| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Yung-Ming Chou Esq.<br>Law Offices Of: Yung-Ming Chou<br>39111 Paseo Padre Pkwy.<br>Suite #207<br>Fremont, CA 94538 | | | | FILED<br>2007 SEP -4 P 2: 40<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
| Telephone No: 510 713-8698 | FAX No: 510 713-8690 | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court, Northern District Of California | | | | |
| Plaintiff: Penpower Technology Ltd, et al. | | | | |
| Defendant: S.P.C. Technology, et al. | | | | |
| **PROOF OF SERVICE**<br>**Summons in a Civil Case** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0703621JL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case Complaint for Trademark Infringement, Copyright Infringement and Unfair Competition; Order Setting Initial Case Management Conference and ADR Deadlines

3. a. Party served:        JNB Group Inc.

4. Address where the party was served:    JNB Group Inc.
   38 Canal Street
   New York, NY  10002

5. I served the party:
   b. by substituted service. On: Fri., Jul. 27, 2007 at: 1:50PM by leaving the copies with or in the presence of:
   "John Doe", Employee/Person Apparently in Charge, Asian, Male, 30 Years Old, Black Hair, Brown Eyes, 5 Feet 8 Inches, 170 Pounds
   (1) (Business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers. The Defendant's Residence address is unknown.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of:  JNB Group Inc.
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. Barry F. German
   b. D & R Legal Process Service, L.L.C.
      39159 Paseo Padre Parkway, Registration # 555
      Suite #112
      Fremont, CA 94538
   c. (510) 797-9996, FAX (510) 797-9998

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*  $100.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   555
      (iii) County:   Alameda

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   SEE ATTACHED JURAT.
   Date:

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons in a Civil Case

(Barry F. German)

chou.10516

## JURAT

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on this 16th day of August, 2007, by Barry F. German, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Commission Expires Dec. 4, 2010

| Attorney or Party without Attorney:<br>Yung-Ming Chou Esq.<br>Law Offices Of: Yung-Ming Chou<br>39111 Paseo Padre Pkwy.<br>Suite #207<br>Fremont, CA 94538<br>Telephone No: 510 713-8698      FAX No: 510 713-8690 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: Penpower Technology Ltd, et al. | | | | |
| Defendant: S.P.C. Technology, et al. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0703621JL |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case Complaint for Trademark Infringement, Copyright Infringement and Unfair Competition; Order Setting Initial Case Management Conference and ADR Deadlines

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Wed., Aug. 01, 2007
   b. Place of Mailing:        Fremont, CA 94538
   c. Addressed as follows:    JNB Group Inc.
                               JNB Group Inc.
                               38 Canal Street
                               New York, NY 10002

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Aug. 01, 2007 in the ordinary course of business.

5. Person Serving:                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jason M. Burke, CCPS                      d. The Fee for Service was:   $100.00
   b. D & R Legal Process Service, L.L.C.       e. I am: (3) registered California process server
      39159 Paseo Padre Parkway, Registration # 555    (i)   Independent Contractor
      Suite #112                                       (ii)  Registration No.:   555
      Fremont, CA 94538                                (iii) County:             Alameda
   c. (510) 797-9996, FAX (510) 797-9998               (iv)  Expiration Date:    Tue, Aug. 21, 2007

State of California, County of
_Alameda_
Subscribed & sworn to (or affirmed)
Before me on this _1st_ day of _Aug_ 20_07_, by
_JASON M. BURKE_
personally known to me to be the person(s)
who appeared before me.
Signature _Marcia Y Burke_

MARCIA L. BURKE
COMM. #1532724
NOTARY PUBLIC • CALIFORNIA
ALAMEDA COUNTY
Comm. Exp. DEC. 9, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Aug. 01, 2007

                                                            _Jason M. Burke_
                                                            (Jason M. Burke, CCPS)

Judicial Council Form POS-010              PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007         By Mail                                    chou.10516

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED

2007 SEP -4 P 2: 52

ADR E-FILING

Penpower Technology Ltd. & Penpower, Inc.

v.

S,P.C. Technology, GLZ Service Inc., PC Mobile Station.Com Corp, JNB Group Inc., Herbet Lin d.b.a. All Tech Computer, Ivy Lin, d.b.a. Ivy Computers, Inc., Elite Network Computer, Inc., Andy Chen d.b.a. Drifting Computer, Inc., Jack Wang d.b.a. Shenzhou Computer Mall Inc., Tony Chang d.b.a. Azianeagle, and New York Computer Supply Inc,

TO: (Name and address of defendant)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07 03621 JL

see Attachment I.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yung-Ming Chou, Esq.
39111 Paseo padre parkway, #207
Fremont, CA 94538

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Betty J. Walton
(BY) DEPUTY CLERK

DATE JUL 13 2007