| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Yung-Ming Chou Esq.<br>Law Offices Of: Yung-Ming Chou<br>39111 Paseo Padre Pkwy.<br>Suite #207<br>Fremont, CA 94538<br>*Telephone No:* 510 713-8698    *FAX No:* 510 713-8690 | *For Court Use Only*<br>FILED<br>2007 SEP -4 P 2:48<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California | |
| *Plaintiff:* Penpower Technology Ltd, et al. | |
| *Defendant:* S.P.C. Technology, et al. | |

| **PROOF OF SERVICE**<br>**Summons in a Civil Case** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0703621JL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case Complaint for Trademark Infringement, Copyright Infringement and Unfair Competition; Order Setting Initial Case Management Conference and ADR Deadlines

3. a. Party served:           PC Mobile Station.Com Corp
   b. Person served:          Yone Deng, Agent for Service of Process, Asian, Male, 27 Years Old, Black Hair, Glasses Over Eyes, 5 Feet 8 Inches, 150 Pounds

4. Address where the party was served:    PC Mobile Station. Com Corp
   57 Division Street
   Suite #A
   New York, NY 10002

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jul. 27, 2007 (2) at: 2:00PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: PC Mobile Station.Com Corp
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. Barry F. German
   b. **D & R Legal Process Service, L.L.C.**
      39159 Paseo Padre Parkway, Registration # 555
      Suite #112
      Fremont, CA 94538
   c. (510) 797-9996, FAX (510) 797-9998

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $100.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    555
      (iii) County:             Alameda

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   SEE ATTACHED JURAT.
   Date:

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**Summons in a Civil Case**

(Barry F. German)

chou.10515

## JURAT

State of New York
County of New York

    Subscribed and sworn to (or affirmed) before me on this 16th day of August, 2007, by Larry F. Berman, personally known to/me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Commission Expires Dec. 4, 2010

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED

2007 SEP -4 P 2: 52

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

Penpower Technology Ltd. & Penpower, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07 03621**

v.

S,P.C. Technology, GLZ Service Inc., PC Mobile Station.Com Corp, JNB Group Inc., Herbet Lin d.b.a. All Tech Computer, Ivy Lin, d.b.a. Ivy Computers, Inc., Elite Network Computer, Inc., Andy Chen d.b.a. Drifting Computer, Inc., Jack Wang d.b.a. Shenzhou Computer Mall Inc., Tony Chang d.b.a. Azianeagle, and New York Computer Supply Inc.

**JL**

TO: (Name and address of defendant)

see Attachment I.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yung-Ming Chou, Esq.
39111 Paseo padre parkway, #207
Fremont, CA 94538

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Betty J. Walton
(BY) DEPUTY CLERK

DATE  **JUL 13 2007**