**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

September 10, 2007

RE:  CV 07-03621 JL          PENPOWER TECHNOLOGY LTD, ET AL-v- S.P.C. TECHNOLOGY STATION.COM. ET AL


Default is entered as to defendants PC Mobile Station.com Corp, JNB Group Inc., Herbert Lin dba All Tech Computer, Andy Chen dba Drifting Computer, Jack Wang dba Shenzhou Computer Mall Inc., Tony Chang dba Azianeagle and New York Computer Supply Inc. on 9/10/07.


RICHARD W. WIEKING, Clerk


by Gloria Acevedo  
Case Systems Administrator  
To Chief Magistrate Judge James Larson

NDC TR-4  Rev. 3/89