1 | YUNG MING CHOU, ESQ (SBN 172118)
39111 Paseo Padre Parkway, Suite 207
2 | Fremont, CA 94538
Tel.: (510) 713-8698
3 | Fax: (510) 713-8690
Email: chouyung@aol.com

Attorney for Plaintiffs
PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| PENPOWER TECHNOLOGY LTD. & PENPOWER, INC., | Case No.: C07 03621 JL |
|---|---|
| Plaintiffs, | NOTICE OF VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANT GLZ SERVICE INC. WITHOUT PREJUDICE |
| vs. | |
| S.P.C. TECHNOLOGY, GLZ SERVICE INC., PC MOBILE STATION.COM CORP., JNB GROUP INC., HERBET LIN d.b.a. ALL TECH COMPUTER, IVY LIN d.b.a. IVY COMPUTERS, INC., ELITE NETWORK COMPUTER, INC., ANDY CHEN d.b.a. DRIFTING COMPUTER, JACK WANG d.b.a. SHENZHOU COMPUTER MALL INC., TONY CHANG d.b.a. AZIANEAGLE,, AND NEW YORK COMPUTER SUPPLY INC., | |
| Defendants. | |

Pursuant to Rule 41(a)(1) of Federal Rules of Civil Procedure, plaintiffs Penpower Technology Ltd. and Penpower, Inc. voluntarily dismiss this action and all causes of action contained therein against defendant GLZ Service Inc. without prejudice. As of this date, defendant GLZ Service Inc. has not filed an answer or otherwise responded to the complaint.

Dated: October 12, 2007

    /s/ Yung-Ming Chou
Yung-Ming Chou
Attorney for Plaintiffs Penpower
Technology Ltd. & Penpower, Inc.

1

C07 03621 JL (NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE)