# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



FILED 2007 SEP -4 P 2:52
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Penpower Technology, Ltd. & Penpower, Inc.

V.

S,P.C. Technology, GLZ Service Inc., PC Mobile Station.Com Corp, JNB Group Inc., Herbet Lin d.b.a. All Tech Computer, Ivy Lin, d.b.a. Ivy Computers, Inc., Elite Network Computer, Inc., Andy Chen d.b.a. Drifting Computer, Inc., Jack Wang d.b.a. Shenzhou Computer Mall Inc., Tony Chang d.b.a. Azianeagle, and New York Computer Supply Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07 03621 JL

TO: (Name and address of defendant)

see Attachment I.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yung-Ming Chou, Esq.
39111 Paseo padre parkway, #207
Fremont, CA 94538

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Betty J. Walton
(BY) DEPUTY CLERK

DATE JUL 13 2007

| Attorney or Party without Attorney:<br>Yung-Ming Chou Esq.<br>Law Offices Of: Yung-Ming Chou<br>39111 Paseo Padre Pkwy.<br>Suite #207<br>Fremont, CA 94538<br>Telephone No: 510 713-8698    FAX No: 510 713-8690<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of California |

| Plaintiff: Penpower Technology Ltd, et al. |
|---|
| Defendant: S.P.C. Technology, et al. |

| PROOF OF SERVICE<br>Summons in a Civil Case | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0703621JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case Complaint for Trademark Infringement, Copyright Infringement and Unfair Competition; Order Setting Initial Case Management Conference and ADR Deadlines

3. a. Party served:                    Elite Network Computer, Inc.

4. Address where the party was served: Elite Network Computer, Inc.
   42-95 Main Street
   Flushing, NY 11354

5. I served the party:
   b. by substituted service. On: Wed., Sep. 19, 2007 at: 3:17PM by leaving the copies with or in the presence of:
   Mr. Kang, Employee, Asian, Male, 38 Years Old, Black Hair, Brown Eyes, 5 Feet 6 Inches, 150 Pounds
   (1) (Business) Competent Member of the Household over 18. I informed him or her of the general nature of the papers. The Defendant's Business address is unknown
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: Elite Network Computer, Inc.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. Linden Blackman
   b. D & R Legal Process Service, L.L.C.
      39159 Paseo Padre Parkway, Registration # 555
      Suite #112
      Fremont, CA 94538
   c. (510) 797-9996, FAX (510) 797-9998

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $100.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 871311
      (iii) County: Alameda

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

SEE ATTACHED JURAT.

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Summons in a Civil Case    Linden Blackman-Lic# chou.11219

871311

## JURAT

State of New York
County of New York

    Subscribed and sworn to (or affirmed) before me on this **1st** day of **November**, 20**07** by **Linden Blackman**, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Commission Expires Dec. 4, 2010

| Attorney or Party without Attorney: Yung-Ming Chou Esq. Law Offices Of: Yung-Ming Chou 39111 Paseo Padre Pkwy. Suite #207 Fremont, CA 94538 Telephone No: 510 713-8698    FAX No: 510 713-8690 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Northern District Of California | |
| Plaintiff: Penpower Technology Ltd, et al. | |
| Defendant: S.P.C. Technology, et al. | |

| **PROOF OF SERVICE By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: C0703621JL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case Complaint for Trademark Infringement, Copyright Infringement and Unfair Competition; Order Setting Initial Case Management Conference and ADR Deadlines

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:           Wed., Sep. 26, 2007
    b. Place of Mailing:          Fremont, CA 94538
    c. Addressed as follows:      Elite Network Computer, Inc.
                                  Elite Network Computer, Inc.
                                  42-95 Main Street
                                  Flushing, NY 11354

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Sep. 26, 2007 in the ordinary course of business.

5. Person Serving:
    a. Jason M. Burke, CCPS
    b. D & R Legal Process Service, L.L.C.
       39159 Paseo Padre Parkway, Registration # 555
       Suite #112
       Fremont, CA 94538
    c. (510) 797-9996, FAX (510) 797-9998

    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. *The Fee for Service was:* $100.00
    e. I am: (3) registered California process server
        (i) Independent Contractor
        (ii) Registration No.: 555
        (iii) County: Alameda
        (iv) Expiration Date: Fri, Aug. 21, 2009

State of California, County of
_Alameda_
Subscribed & sworn to (or affirmed)
Before me on this _1_ day of _Oct_, 20_07_, by
_JASON M. BURKE_
personally known to me to be the person(s)
who appeared before me.
Signature _Marcia L Burke_



MARCIA L. BURKE
COMM. #1532724
NOTARY PUBLIC • CALIFORNIA
ALAMEDA COUNTY
Comm. Exp. DEC. 9, 2008

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Oct. 01, 2007

                                                    _Jason M. Burke_
Judicial Council Form POS-010          PROOF OF SERVICE      (Jason M. Burke, CCPS)
Rule 2.150.(a)&(b) Rev January 1, 2007        By Mail                              chou.11219