# United States District Court

## F NORTHERN DISTRICT OF CALIFORNIA



2001 SEP -4 P 2: 52

Penpower Technology Ltd. & Penpower, Inc.

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.F

**V.**

S,P.C. Technology, GLZ Service Inc., PC Mobile Station.Com Corp, JNB Group Inc.,
Herbet Lin d.b.a. All Tech Computer, Ivy Lin, d.b.a. Ivy Computers, Inc., Elite Network Computer, Inc.,
Andy Chen d.b.a. Drifting Computer, Inc., Jack Wang d.b.a. Shenzhou Computer Mall Inc.,
Tony Chang d.b.a. Azianeagle, and New York Computer Supply Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# C07 03621

JL

TO: (Name and address of defendant)

see Attachment I.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yung-Ming Chou, Esq.
39111 Paseo padre parkway, #207
Fremont, CA 94538

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Betty J. Walton

(BY) DEPUTY CLERK

DATE **JUL 13 2007**

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Yung-Ming Chou Esq.<br>Law Offices Of: Yung-Ming Chou<br>39111 Paseo Padre Pkwy.<br>Suite #207<br>Fremont, CA 94538<br>Telephone No: 510 713-8698    FAX No: 510 713-8690<br>ChouYung@aol.com<br>Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of California |

| Plaintiff: Penpower Technology Ltd, et al. |
|---|
| Defendant: S.P.C. Technology , et al. |

| **PROOF OF SERVICE**<br>**Summons in a Civil Case** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0703621JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case Complaint for Trademark Infringement, Copyright Infringement and Unfair Competition; Order Setting Initial Case Management Conference and ADR Deadlines

3. a. Party served:    Ivy Lin, d.b.a. Ivy Computers, Inc.

4. Address where the party was served:    Ivy Computer, Inc.
   39-20 Main Street
   2nd Floor
   Flushing, NY 11354

5. I served the party:
   b. by substituted service. On: Wed., Sep. 19, 2007 at: 3:04PM by leaving the copies with or in the presence of:
   Sherri Tan, Employee, Asian, Female, 34 Years Old, Black Hair, Brown Eyes, 5 Feet 3 Inches, 110 Pounds
   (1) **(Business)** a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers. The Defendant's Residence address is unknown.
   (4) A declaration of mailing is attached.
6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: Ivy Lin, d.b.a. Ivy Computers, Inc.
   Under CCP 416.10 (corporation)
   Under CCP 416.90 (authorized person)

7. **Person Who Served Papers:**
   a. Linden Blackman
   b. **D & R Legal Process Service, L.L.C.**
      39159 Paseo Padre Parkway, Registration # 555
      Suite #112
      Fremont, CA 94538
   c. (877) 797-9996, FAX (510) 797-9998

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee for Service was:**    $100.00
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    871311
      (iii) County:    Alameda

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date:Thu, Nov. 01, 2007

PROOF OF SERVICE
Summons in a Civil Case    (Linden Blackman)    chou.11217

Lic # 871311

**JURAT**

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on this ___1st___ day of November, 20_07_ by ___Linden Blackman___,
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Commission Expires Dec. 4, 2010

| *Attorney or Party without Attorney:*<br>Yung-Ming Chou Esq.<br>Law Offices Of: Yung-Ming Chou<br>39111 Paseo Padre Pkwy.<br>Suite #207<br>Fremont, CA 94538<br>*Telephone No:* 510 713-8698          *FAX No:* 510 713-8690<br>  ChouYung@aol.com<br>*Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|

*Ref. No or File No.:*

| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of California |
|---|
| *Plaintiff:* Penpower Technology Ltd, et al. |
| *Defendant:* S.P.C. Technology , et al. |

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C0703621JL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case Complaint for Trademark Infringement, Copyright Infringement and Unfair Competition; Order Setting Initial Case Management Conference and ADR Deadlines

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:              Wed., Sep. 26, 2007
   b. Place of Mailing:             Fremont, CA 94538
   c. Addressed as follows:         Ivy Lin, d.b.a. Ivy Computers, Inc.
                                    Ivy Computer, Inc.
                                    39-20 Main Street
                                    2nd Floor
                                    Flushing, NY 11354

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Sep. 26, 2007 in the ordinary course of business.

5. *Person Serving:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jason M. Burke, CCPS                       d. *The Fee for Service was:*    $100.00
   b. D & R Legal Process Service, L.L.C.        e. I am: (3) registered California process server
      39159 Paseo Padre Parkway, Registration # 555        *(i)*      Independent Contractor
      Suite #112                                           *(ii) Registration No.:*     555
      Fremont, CA 94538                                    *(iii) County:*              Alameda
   c. (877) 797-9996, FAX (510) 797-9998                   *(iv) Expiration Date:*     Fri, Aug. 21, 2009

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Thu, Nov. 01, 2007

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Yung-Ming Chou Esq.<br>Law Offices Of: Yung-Ming Chou<br>39111 Paseo Padre Pkwy.<br>Suite #207<br>Fremont, CA 94538<br>Telephone No: 510 713-8698    FAX: No: 510 713-8690 | Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of California |

**Plaintiff:** Penpower Technology Ltd, et al.

**Defendant:** S.P.C. Technology , et al.

| **Declaration of Due Dilligance**<br>Summons in a Civil Case | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0703621JL |
|---|---|---|---|---|

1. I, Linden Blackman, and any employee or independent contractors retained by D & R Legal Process Service, L.L.C. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Ivy Lin, d.b.a. Ivy Computers, Inc. as follows:

2. *Documents:* Summons in a Civil Case Complaint for Trademark Infringement, Copyright Infringement and Unfair Competition; Order Setting Initial Case Management Conference and ADR Deadlines.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 09/17/07 | 7:25am | Business | This is a business, it is closed. Attempt made by: Linden Blackman. Attempt at: Ivy Computer, Inc. 39-20 Main Street 2nd Floor Flushing NY 11354. |
| Tue | 09/18/07 | 8:50pm | Business | This is a business, it is closed. Attempt made by: Linden Blackman. Attempt at: Ivy Computer, Inc. 39-20 Main Street 2nd Floor Flushing NY 11354. |
| Wed | 09/19/07 | 3:04pm | Business | Substituted Service on: Ivy Lin, d.b.a. Ivy Computers, Inc. Business - Ivy Computer, Inc. 39-20 Main Street 2nd Floor Flushing, NY. 11354 by Serving: party in item 3.a. a person at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: Sherri Tan, Employee, Asian, Female, 34 Years Old, Black Hair, Brown Eyes, 5 Feet 3 Inches, 110 Pounds. Served by: Linden Blackman |
| Wed | 09/26/07 | | | Mailed copy of Documents to: Ivy Lin, d.b.a. Ivy Computers, Inc. |

3. *Person Executing*
   a. Linden Blackman
   b. D & R Legal Process Service, L.L.C.
      39159 Paseo Padre Parkway, Registration # 555
      Suite #112
      Fremont, CA 94538
   c. (877) 797-9996, FAX (510) 797-9998

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:* $100.00
   e. *I am:* (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:*    871311
      (iii) *County:*    Alameda

New York

4. *I declare under penalty of perjury under the laws of the State of ~~California~~ and under the laws of the United States Of America that the foregoing is true and correct.*

X _____
Linden Blackman - Lic# 871311

## JURAT

State of New York
County of New York

    Subscribed and sworn to (or affirmed) before me on this ___1st___ day of _November_,
20__07__ by ___Linden Blackman_____,
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s)
who appeared before me.

_____
Signature

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Commission Expires Dec. 4, 2010