YUNG MING CHOU, ESQ (SBN 172118)
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Tel.: (510) 713-8698
Fax: (510) 713-8690
E-Mail: chouyung@aol.com

Attorney for Plaintiffs
    PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.,<br><br>    Plaintiffs,<br><br>vs.<br><br>S.P.C. TECHNOLOGY, GLZ SERVICE INC., PC MOBILE STATION.COM CORP., JNB GROUP INC., HERBET LIN d.b.a. ALL TECH COMPUTER, IVY LIN d.b.a. IVY COMPUTERS, INC., ELITE NETWORK COMPUTER, INC., ANDY CHEN d.b.a. DRIFTING COMPUTER, JACK WANG d.b.a. SHENZHOU COMPUTER MALL INC., TONY CHANG d.b.a. AZIANEAGLE,, AND NEW YORK COMPUTER SUPPLY INC.,<br><br>    Defendants. | Case No.: CV 07-03621 JL<br><br>CONSENT TO ASSIGNMENT |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 18 U.S.C. §636(c), the undersigned party in the above-captioned civil matter hereby consents to the assignment of this case to a United States Magistrate Judge for trial and disposition, and voluntarily waives to proceed before a United States District Judge.

/

1

(CONSENT TO ASSIGNMENT)      (C07-03621 JL)

1  Dated: November 15, 2007

                                                /s/ Yung-Ming Chou
                                     Yung-Ming Chou
                                     Attorney for Plaintiffs
                                     Penpower Technology Ltd. &
                                     Penpower, Inc.

2