1  YUNG MING CHOU, ESQ (SBN 172118)
2  39111 Paseo Padre Parkway, Suite 207
   Fremont, CA 94538
3  Tel.: (510) 713-8698
   Fax: (510) 713-8690
4  Email: chouyung@aol.com

5  Attorney for Plaintiffs
        PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.

                   UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                         SOUTHERN DIVISION

| PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>S.P.C. TECHNOLOGY, GLZ SERVICE INC., PC MOBILE STATION.COM CORP., JNB GROUP INC., HERBET LIN d.b.a. ALL TECH COMPUTER, IVY LIN d.b.a. IVY COMPUTERS, INC., ELITE NETWORK COMPUTER, INC., ANDY CHEN d.b.a. DRIFTING COMPUTER, JACK WANG d.b.a. SHENZHOU COMPUTER MALL INC., TONY CHANG d.b.a. AZIANEAGLE,, AND NEW YORK COMPUTER SUPPLY INC.,<br><br>Defendants. | Case No.: C07 03621 JL<br><br>REQUEST TO ENTER DEFAULT OF IVY LIN, d.b.a. IVY COMPUTERS, INC. AND ELITE NETWORK COMPUTER, INC. |
|---|---|

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Plaintiffs Penpower Technology Ltd. and Penpower, Inc. request that the Clerk of this Court enter the default of the following defendants for failure to plead or otherwise defend in a timely manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure:

(1) Ivy Lin, d.b.a. Ivy Computers, Inc., and

1

C07 03621 JL (REQUEST TO ENTER DEFAULT)

1  (2) Elite Network Computer, Inc.

2  This request is based on the attached Affidavit of Yung-Ming Chou, which shows:

3  1. The defendants set forth below had been served with summons and complaint on the
4  date immediately following their respective names:

5  <u>Name</u>                                                                    <u>Date of Service</u>

6  Ivy Lin, d.b.a. Ivy Computers, Inc.                        September 19, 2007

7  Elite Network Computer, Inc.                              September 19, 2007

8  2. The Proofs of Service filed with this Court on November 14, 2007 establish that
9  services were proper pursuant to Rule 4 of the Federal Rules of Civil Procedure. The file-
10 Stamped copies of the Proof of Service are on the file of this Court.

11 3. Defendants Ivy Lin, d.b.a. Ivy Computers, Inc. and Elite Network Computer, Inc. have
12 failed to plead or otherwise respond to the complaint.

13 4. The applicable time limit for responding has expired.

14 5. Ivy Lin, d.b.a. Ivy Computers, Inc. and Elite Network Computer, Inc. are not an
15 incompetent person.

16 Dated: November 15, 2007

17                                                                    ___/s/ Yung-Ming Chou_____
                                                                       Yung-Ming Chou
18                                                                    Attorney for Plaintiffs Penpower
19                                                                    Technology Ltd. & Penpower, Inc.

2

C07 03621 JL (REQUEST TO ENTER DEFAULT)