YUNG MING CHOU, ESQ (SBN 172118)
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Tel.: (510) 713-8698
Fax: (510) 713-8690
Email: chouyung@aol.com

Attorney for Plaintiffs
PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>S.P.C. TECHNOLOGY, GLZ SERVICE INC., PC MOBILE STATION.COM CORP., JNB GROUP INC., HERBET LIN d.b.a. ALL TECH COMPUTER, IVY LIN d.b.a. IVY COMPUTERS, INC., ELITE NETWORK COMPUTER, INC., ANDY CHEN d.b.a. DRIFTING COMPUTER, JACK WANG d.b.a. SHENZHOU COMPUTER MALL INC., TONY CHANG d.b.a. AZIANEAGLE,, AND NEW YORK COMPUTER SUPPLY INC.,<br><br>    Defendants. | Case No.: C07 03621 JL<br><br>AFFIDAVIT OF YUNG-MING CHOU IN SUPPORT OF REQUEST TO ENTER DEFAULT OF IVY LIN, d.b.a. IVY COMPUTERS, INC. AND ELITE NETWORK COMPUTER, INC. |

Yung-Ming Chou, being duly sworn, deposes and states:

    1. My name is Yung-Ming Chou.

    2. I am over 18 years of age. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit.

    3. I am the attorney of record for plaintiffs Penpower Technology Ltd and Penpower, Inc., and my business address is located at 39111 Paseo Padre Parkway, Suite 207, Fremont, CA

1

1  94538.

2      4. On July 14, 2007, I retained D & R Legal Process Services, LLC located at 39159

3  Paseo Padre Parkway, #112, Fremont, CA 94538 to effect the service of process by personal

4  delivery of the summons and complaint in this action to the following defendants at their

5  respective residence and/or principal place of business listed below under Rule 4 of the Federal

6  Rules of Civil Procedure:

| Name | Address | Date Served |
|---|---|---|
| Ivy Lin, d.b.a. Ivy Computers, Inc. | 39-20 Main Street, 2nd Fl., Flushing, NY 11354 | 09/19/2007 |
| Elite Network Computer Inc. | 42-95 Main Street, Flushing, NY 11354 | 09/19/2007 |

10      D & R Legal Process Services, LLC executed Proofs of Service after it served the

11  aforesaid defendants on November 1, 2007. The aforesaid Proofs of Service were duly filed with

12  this Court on November 14, 2007.

13      5. Defendants Ivy Lin, d.b.a. Ivy Computers, Inc. and Elite Network Computer Inc. have

14  failed to serve and file an answer or otherwise responded to the complaint.

15      6. Under Rule 12(a)(1) of the Federal Rules of Civil Procedure, the time limit for

16  responding to the complaint has now expired, and the time for defendants Ivy Lin, d.b.a. Ivy

17  Computers, Inc. and Elite Network Computer Inc. to answer the complaint has not been extended

18  by any stipulation of the parties or any order of the Court.

19      7. Ivy Lin, d.b.a. Ivy Computers, Inc. and Elite Network Computer Inc. are not an infant

20  or incompetent person within the meaning of Rule 55 of the Federal Rules of Civil Procedure

21  because they are adults and doing business in New York State and appear to be capable of

22  managing their own affairs, and are not in military service.

23      I declare under the penalty of perjury under the laws of the United States that the

24  foregoing is true and correct.

25  Dated: November 15, 2007                  /s/ Yung-Ming Chou
                                                Yung-Ming Chou

26

27

28

C07 03621 JL (AFFIDAVIT IN SUPPORT OF REQUEST TO ENTER DEFAULT)