YUNG MING CHOU, ESQ (SBN 172118)
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Tel.: (510) 713-8698
Fax: (510) 713-8690
Email: chouyung@aol.com

Attorney for Plaintiffs
PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>S.P.C. TECHNOLOGY, GLZ SERVICE INC., PC MOBILE STATION.COM CORP., JNB GROUP INC., HERBET LIN d.b.a. ALL TECH COMPUTER, IVY LIN d.b.a. IVY COMPUTERS, INC., ELITE NETWORK COMPUTER, INC., ANDY CHEN d.b.a. DRIFTING COMPUTER, JACK WANG d.b.a. SHENZHOU COMPUTER MALL INC., TONY CHANG d.b.a. AZIANEAGLE,, AND NEW YORK COMPUTER SUPPLY INC.,<br><br>Defendants. | Case No.: C07 03621 JL<br><br>MOTION TO VACATE TIMES SET BY THE INITIAL SCHEDULING ORDER AND [PROPOSED] ORDER<br><br>The Hon. James Larson |

Pursuant to Civil Local Rule 6-3, plaintiffs Penpower Technology Ltd. and Penpower, Inc. request that this Court vacate all pending deadlines found in its July 17, 2007 Order setting the initial case management conference and ADR deadlines and October 16, 2007 Notice of Continuance of Case Management Conference until such time after it rules on plaintiffs' application for default judgment against all defaulting defendants. Plaintiffs declare the following in support of this request:

1

1   WHEREAS, on July 13, 2007, the Hon. James Larson issued an order setting initial case
2 management conference and ADR deadlines, establishing the parties' meet and confer and ADR
3 certification deadlines for October 3, 2007, the initial disclosure and Case Management
4 Statement filing deadlines for October 17, 2007, and scheduling an initial case management
5 conference for October 24, 2007;
6   WHEREAS, on October 16, 2007, this Court continued the initial case management
7 conference to November 28, 2007;
8   WHEREAS, plaintiffs dismissed defendants S.P.C. Technology and GLZ Service Inc.
9 from this action on September 6, 2007 and October 12, 2007 respectively;
10   WHEREAS, this Court entered default against defendants PC Mobile Station.com Corp.,
11 JNB Group Inc., Herbet Lin, d.b.a. All Tech Computer, Andy Chen, d.b.a. Drifting Computer,
12 Jack Wang, d.b.a. Shenzhou Computer Mall Inc., Tony Chang, d.b.a. Azianeagle, and New York
13 Computer Supply Inc. on September 10, 2007;
14   WHEREAS, plaintiffs have requested this Court to enter default against defendants Ivy
15 Lin, d.b.a. Ivy Computers, Inc. and Elite Network Computer, Inc. on November 15, 2007;
16   WHEREAS, upon this Court entering default against defendants Ivy Lin, d.b.a. Ivy
17 Computers, Inc. and Elite Network Computer, Inc., all remaining defendants in this action will
18 be in default;
19   WHEREAS, plaintiffs will apply a default judgment against all remaining defendants
20 with the Court, and thus renders the initial case management conference unnecessary because
21 there will be no further legal proceeding or trial in this action;
22   WHEREAS, it would best serve judicial economy for this Court to vacate and reset the
23 aforesaid deadlines after this Court's final disposition of the plaintiffs' application for default
24 judgment;
25   WHEREFORE plaintiffs Penpower Technology Ltd. and Penpower, Inc. request that this
26 Court vacate its order setting initial case management conference and ADR deadlines, dated July
27 13, 2007 and the following notice of continuance dated October 16, 2007, and all deadlines set
28

forth therein, until such time after the Court's final disposition of the plaintiffs' application for default judgment against all remaining defendants.

Dated: November 15, 2007             \_\_/s/ Yung-Ming Chou_____
                                                  Yung-Ming Chou
                                                  Attorney for Plaintiffs Penpower Technology Ltd.
                                                  & Penpower, Inc.

## **ORDER**

After consideration of the Plaintiffs' Request to Vacate and Reset Times Set by the Initial Scheduling Order and good cause appearing:

IT IS SO ORDERED that the order setting initial case management conference and ADR deadlines, dated July 13, 2007, and the notice of continuance of case management conference, dated October 16, 2007, and all pending deadlines set forth therein are hereby VACATED until further order of the Court.

Dated: _____, 2007

                                                  _____
                                                  James Larson
                                                  United States Magistrate Judge