**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 21, 2007

RE:  CV 07-03621 JL        PENPOWER TECHNOLOGY LTD, ET AL-v- S.P.C. TECHNOLOGY STATION.COM. ET AL

Default is entered as to defendants Ivy Lin dba Ivy Computers Inc. and Elite Network Computer Inc. on 11/21/07.


RICHARD W. WIEKING, Clerk


by Gloria Acevedo
Case Systems Administrator
To Chief Magistrate Judge James Larson

NDC TR-4  Rev. 3/89