YUNG MING CHOU, ESQ (SBN 172118)
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Tel.: (510) 713-8698
Fax: (510) 713-8690
E-Mail: chouyung@aol.com

Attorney for Plaintiffs
   PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PENPOWER TECHNOLOGY LTD. & PENPOWER, INC., | Case No.: CV 07-03621 JL |
| Plaintiffs, | MOTION FOR DEFAULT JUDGMENT |
| vs. | [Fed. R. Civ. P. Rule 55(b)(2)] |
| S.P.C. TECHNOLOGY, GLZ SERVICE INC., PC MOBILE STATION.COM CORP., JNB GROUP INC., HERBET LIN d.b.a. ALL TECH COMPUTER, IVY LIN d.b.a. IVY COMPUTERS, INC., ELITE NETWORK COMPUTER, INC., ANDY CHEN d.b.a. DRIFTING COMPUTER, JACK WANG d.b.a. SHENZHOU COMPUTER MALL INC., TONY CHANG d.b.a. AZIANEAGLE,, AND NEW YORK COMPUTER SUPPLY INC., | |
| Defendants. | |

### RELIEF SOUGHT

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, plaintiffs Penpower Technology Ltd. and Penpower, Inc. move this Court for entry of a default judgment against defendants PC Mobile Station.com Corp., JNB Group Inc., Herbet Lin d.b.a. All Tech Computer, Ivy Lin d.b.a. Ivy Computers, Inc., Elite Network Computer, Inc., Andy Chen d.b.a. Drifting Computer, Jack Wang d.b.a. Shenzhou Computer Mall Inc., Tony Chang d.b.a. Azianeagle,

1

1  New York Computer Supply Inc., Ivy Lin d.b.a. Ivy Computers, Inc. and Elite Network
2  Computer, Inc. Plaintiffs Penpower Technology Ltd. and Penpower, Inc. request that the
3  judgment be entered as set forth in the attached proposed default judgment.

4  <u>GROUND FOR RELIEF</u>

5      The Court should enter the judgment against defendants PC Mobile Station.com Corp.,
6  JNB Group Inc., Herbet Lin d.b.a. All Tech Computer, Ivy Lin d.b.a. Ivy Computers, Inc., Elite
7  Network Computer, Inc., Andy Chen d.b.a. Drifting Computer, Jack Wang d.b.a. Shenzhou
8  Computer Mall Inc., Tony Chang d.b.a. Azianeagle, New York Computer Supply Inc., Ivy Lin
9  d.b.a. Ivy Computers, Inc. and Elite Network Computer, Inc. and in favor of plaintiffs Penpower
10 Technology Ltd. and Penpower, Inc. because:

11     1. The Clerk of this Court has entered default of the above-mentioned defendants as a
12 consequence of their failure to timely plead or otherwise respond in this action. The default was
13 entered against PC Mobile Station.com Corp., JNB Group Inc., Herbet Lin d.b.a. All Tech
14 Computer, Andy Chen d.b.a. Drifting Computer, Jack Wang d.b.a. Shenzhou Computer Mall
15 Inc., Tony Chang d.b.a. Azianeagle, and New York Computer Supply Inc. respectively on
16 September 10, 2007 and against Ivy Lin d.b.a. Ivy Computers, Inc. and Elite Network Computer,
17 Inc. respectively on November 21, 2007. The certificates of default issued by the Clerk were
18 posted on the Court ECF system as document Nos. 13 and 22.

19     2. The above-mentioned defendants have not appeared in this action, and is not entitled to
20 notice of this application for entry of a default judgment.

21     3. The complaint in this action sets out valid claims for infringement of federally-
22 registered trademarks, unfair competition and false designation of origin, violation of Trademark
23 Counterfeiting Act, dilution and injury to business reputation under California Business and
24 Professions Code §14330, copyright infringement, and unfair competition under California
25 Business and Professions Code §17200 *et seq*. By virtue of the default, the above-mentioned
26 defendants may not challenge any of the factual allegations supporting the claims set forth in the
27 complaint.

28     4. The terms of relief sought in the requested judgment are fully justified by the facts

(MOTION FOR DEFAULT JUDGMENT)                                       (C07-03621 JL)

1  shown in the attached affidavit and attachments to it.

2      5. The defendants are not minors nor incompetent persons, and are not currently in

3  military service

4  SUPPORTING PAPERS

5      This motion is based on this document, the accompanying affidavit, the accompanying

6  memorandum of points and authorities, on all of the pleadings and papers on file in this action,

7  and on whatever evidence and argument is presented at a hearing on this motion in the event that

8  the Court requires such hearing.

9  Dated: January 25, 2008

10

11                                    /s/ Yung-Ming Chou          .
                               Yung-Ming Chou

12                                 Attorney for Plaintiffs
                               Penpower Technology Ltd. &

13                                 Penpower, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

(MOTION FOR DEFAULT JUDGMENT)                                                                 (C07-03621 JL)