YUNG MING CHOU, ESQ (SBN 172118)
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Tel.: (510) 713-8698
Fax: (510) 713-8690
E-Mail: chouyung@aol.com

Attorney for Plaintiffs
PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PENPOWER TECHNOLOGY LTD. & PENPOWER, INC., | Case No.: CV 07-03621 JL |
| Plaintiffs, | DEFAULT JUDGMENT [PROPOSED] |
| vs. | [Fed. R. Civ. P. Rule 55(b)(2)] |
| S.P.C. TECHNOLOGY, GLZ SERVICE INC., PC MOBILE STATION.COM CORP., JNB GROUP INC., HERBET LIN d.b.a. ALL TECH COMPUTER, IVY LIN d.b.a. IVY COMPUTERS, INC., ELITE NETWORK COMPUTER, INC., ANDY CHEN d.b.a. DRIFTING COMPUTER, JACK WANG d.b.a. SHENZHOU COMPUTER MALL INC., TONY CHANG d.b.a. AZIANEAGLE,, AND NEW YORK COMPUTER SUPPLY INC., | |
| Defendants. | |

On _____, the Court considered plaintiffs Penpower Technology Ltd. and Penpower, Inc.'s application for entry of a default judgment against defendants PC Mobile Station.com Corp., JNB Group Inc., Herbet Lin d.b.a. All Tech Computer, Ivy Lin d.b.a. Ivy Computers, Inc., Elite Network Computer, Inc., Andy Chen d.b.a. Drifting Computer, Jack Wang d.b.a. Shenzhou Computer Mall Inc., Tony Chang d.b.a. Azianeagle, and New York Computer Supply Inc. under Rule 55(b)(2) of the Federal Rules of Civil Procedure.

1

1  After considering the papers submitted in connection with the application, the papers on
2  file in this action, and the authorities cited, the Court finds as follows:
3  1. A default was entered against PC Mobile Station.com Corp., JNB Group Inc., Herbet
4  Lin d.b.a. All Tech Computer, Andy Chen d.b.a. Drifting Computer, Jack Wang d.b.a. Shenzhou
5  Computer Mall Inc., Tony Chang d.b.a. Azianeagle, and New York Computer Supply Inc.
6  respectively on September 10, 2007 and against Ivy Lin d.b.a. Ivy Computers, Inc. and Elite
7  Network Computer, Inc. respectively on November 21, 2007.
8  2. The defendants PC Mobile Station.com Corp., JNB Group Inc., Herbet Lin d.b.a. All
9  Tech Computer, Andy Chen d.b.a. Drifting Computer, Jack Wang d.b.a. Shenzhou Computer
10  Mall Inc., Tony Chang d.b.a. Azianeagle, New York Computer Supply Inc., Ivy Lin d.b.a. Ivy
11  Computers, Inc. and Elite Network Computer, Inc. are not minors or incompetent persons, or
12  current members of the military service
13  3. The defendants PC Mobile Station.com Corp., JNB Group Inc., Herbet Lin d.b.a. All
14  Tech Computer, Andy Chen d.b.a. Drifting Computer, Jack Wang d.b.a. Shenzhou Computer
15  Mall Inc., Tony Chang d.b.a. Azianeagle, New York Computer Supply Inc., Ivy Lin d.b.a. Ivy
16  Computers, Inc. and Elite Network Computer, Inc. did not appear in this action.
17  4. Plaintiffs Penpower Technology Ltd. and Penpower, Inc. have established that
18  defendants PC Mobile Station.com Corp., JNB Group Inc., Herbet Lin d.b.a. All Tech Computer,
19  Andy Chen d.b.a. Drifting Computer, Jack Wang d.b.a. Shenzhou Computer Mall Inc., Tony
20  Chang d.b.a. Azianeagle, New York Computer Supply Inc., Ivy Lin d.b.a. Ivy Computers, Inc.
21  and Elite Network Computer, Inc. and each of them have jointly and severally infringed upon the
22  trademarks and copyright of plaintiffs Penpower Technology Ltd. and Penpower, Inc., and are
23  jointly and severally liable to plaintiffs Penpower Technology Ltd. and Penpower, Inc. for
24  damages in the amount of $225,691.76, reasonable attorney's fees of $10,575.50, costs of suit of
25  $2,005.00, and that the judgment bear interest at the judgment rate from the date of entry until
26  paid.
27  THEREFORE, IT IS ORDERED that:
28  1. Default judgment be entered against defendants PC Mobile Station.com Corp., JNB

DEFAULT JUDGMENT                                                                                              (C07-03621 JL)

1  Group Inc., Herbet Lin d.b.a. All Tech Computer, Andy Chen d.b.a. Drifting Computer, Jack
2  Wang d.b.a. Shenzhou Computer Mall Inc., Tony Chang d.b.a. Azianeagle, New York Computer
3  Supply Inc., Ivy Lin d.b.a. Ivy Computers, Inc. and Elite Network Computer, Inc. (hereinafter
4  collectively "Defendants") and each of them as follows:
5      (A) That Defendants, their officers, agents, servants, employees, and all other
6  persons acting in concert or participation with them:
7      (a) be enjoined and restrained:
8      (i) from infringing Plaintiffs' trademark and copyrights in any
9  manner in the sale, promotion, distribution, or advertising of handwritten character recognition
10 products, including, but not limited to, New Baibian Penpower Jr. Writing Pad, Baodi Writing
11 Pad, Big 3D Handwriter, 5D Lianbiwang Writing Pad, Phillip Handwriting Recognition System,
12 Penpower Silverlight Handwriting Recognition System, Senior General Writing Pad, 5D Junior
13 General Handwriter, Wentech Writing Pad, General Handwriting Recognition System, Qianbian
14 Penpower Jr. Writing Pad, 5D Handwriting Pad, and Global Dr. Jin Handwriter. (hereinafter
15 collectively "Defendants' Products");
16     (ii) from distributing, advertising, promoting, offering for sale
17 and/or selling any merchandise bearing or using any of Plaintiffs' trademarks or any of their
18 copyrighted software and/or materials, or any colorable imitations thereof, which has not been
19 authorized for sale in the United States by Plaintiffs;
20     (b) be ordered:
21     (i) to deliver up for destruction all infringing products and software
22 in possession of Defendants not authorized by Plaintiffs for sale or use within the United States;
23     (ii) to deliver up for destruction all unauthorized trade dress,
24 advertising, marketing and promotional materials, and packaging associated with or relating to
25 Defendants' Products which bear the distinctive features of any of Plaintiffs' trademarks or
26 copyrights;
27     (iii) to make a diligent effort to recall all of Defendants' Products
28

1 and infringing materials, and to file with this Court and serve on Plaintiffs a report in writing
2 under oath setting forth in details the manner and form in which Defendants have complied with
3 this injunction;
4     (B) That an accounting and judgment be rendered against Defendants, and each of
5 them, for:
6     (a) treble damages in the sum of $677,075.37 suffered by Plaintiffs as a
7 result of Defendants' unlawful acts;
8     (b) statutory damages in the amount of $100,000 for willful copyright
9 infringement as provided for in 17 U.S.C. §504(c)(2);
10     (C) That Plaintiffs be awarded punitive and exemplary damages against
11 Defendants, and each of them, in the sum of $500,000.00; and
12     (D) That Plaintiffs be awarded attorneys' fees of $10,575.50 and costs of
13 $2,005.00.
14   2. This judgment shall bear interest at the judgment rate from the date of entry until paid.
15   3. All relief not expressly granted is denied.
16 Dated: _____, 2008
17
18                                     _____
                                  UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28

4