**TOTAL SALES & REVENUES OF PENPOWERS' HANDWRITER IN US**

| year | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|
| total units of handwriter sold | 4504 | 5566 | 5011 | 12801 |
| total USD amount | $176,669 | $180,197 | $174,849 | $404,479 |