
5D 小將軍
中英日文手寫輸入系統