UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PENPOWER TECHNOLOGY LTD, ET AL

       Plaintiff(s),

   v.

S.P.C. TECHNOLOGY STATION.COM. ET AL

       Defendant(s).
_____/

No. 07-03621 JL

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

**XX**    (2)    One or more of the parties has sought a kind of judicial action (i.e., motion for default judgment) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured

The **CASE MANAGEMENT CONFERENCE** previously scheduled for N/A , at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated:  January 29, 2008

                                           Richard W. Wieking, Clerk
                                           United States District Court

                                           *Wings Hom*
                                           By: Wings Hom, Deputy Clerk

reassig1.DCT                          1