IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PENPOWER TECHNOLOGY LTD, & PENPOWER, INC.,

        Plaintiff(s),

v.

S.P.C. TECHNOLOGY, et al.,

        Defendant(s).

No. C-07-3621-SC

Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled **Plaintiff's Motion for Default Judgment on March 21, 2008 at 10:00 A.M.** before the Honorable Samuel Conti.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    January 31, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
      Courtroom Deputy Clerk