YUNG MING CHOU, ESQ (SBN 172118)
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Tel.: (510) 713-8698
Fax: (510) 713-8690
E-Mail: chouyung@aol.com

Attorney for Plaintiffs
PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PENPOWER TECHNOLOGY LTD. & PENPOWER, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> S.P.C. TECHNOLOGY, GLZ SERVICE INC., PC MOBILE STATION.COM CORP., JNB GROUP INC., HERBET LIN d.b.a. ALL TECH COMPUTER, IVY LIN d.b.a. IVY COMPUTERS, INC., ELITE NETWORK COMPUTER, INC., ANDY CHEN d.b.a. DRIFTING COMPUTER, JACK WANG d.b.a. SHENZHOU COMPUTER MALL INC., TONY CHANG d.b.a. AZIANEAGLE,, AND NEW YORK COMPUTER SUPPLY INC., <br><br> Defendants. | Case No.: CV 07-03621 JL <br><br> AFFIDAVIT OF PENPOWER INC. IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT <br><br> [Fed. R. Civ. P. Rule 55(b)(2)] |

I, Debra Shih, declare,

1. I am the president of plaintiff Penpower, Inc.

2. I am over 18 years of age. My business address is located at 46520 Fremont Blvd., #610, Fremont, CA 94538. I am fully competent to make this affidavit and I have personal knowledge of the facts set forth herein and I would competently testify thereto if called as a witness.

1

3. Pursuant to the Court order dated April 15, 2008 requesting for additional evidence detailing the damages, I submit this affidavit in support of Penpower, Inc.'s motion for default judgment.

4. Because handwriting recognition products are a growing market worldwide, it is difficult to pinpoint actual loss in a specific year due to defendants' infringement activities and sales of counterfeit products. However, Penpower, Inc. has come up with three different approaches to substantiate its damages claim against defendants as follows: (a) damages based on relative growth rate; (b) damages based on income statement; and (c) damages based on forecast v. actual sales.

5. <u>Damages based on Relative Growth Rate</u>: The major markets for Penpower handwriting recognition products include most of Chinese communities in Asia and North America. During the period from 2004 to 2007, US, China and Singapore markets sustained substantial losses caused by counterfeit products while Taiwan and Hong Kong were least impacted because of heavy law enforcement against counterfeiters. Based on the growth rate of Taiwan and Hong Kong, Penpower handwriting recognition products enjoy a very stable upward growth trend. By comparing the relative growth rate, we can come up with an annual growth rate of 60% for our US market and an estimated loss of $225,699.00, which is about the same amount ($225,691.76) as set forth in Paragraph 12 of my affidavit in support of default judgment dated January 25, 2008 (Court filed Document #23-4). For the Court's easy reference, I have attached hereto and incorporated by reference herein the Exhibit A showing the relative growth rate of our worldwide markets and the detailed explanation and calculation of how the damages in the sum of $225,699.00 are reached.

6. <u>Damages based on Income Statement</u>: Because of defendants' infringement activities, Penpower, Inc. has sustained losses for years 2004 through 2006 consecutively. Attached please find a detailed explanation and computation of damages sustained by Penpower, Inc. in the sum of $309,119.00 and the income statements for years 2004 through 2007 as Exhibit B and made a part hereof. As a positive result of Penpower, Inc.'s efforts in pursuing various infringers, it has achieved a small profit in the sum of $16,066.00 in Year 2007. However, such profit was far

1  below the forecasted $45,538.00, and was indeed $29,472.00 short of the actual forecast for the
2  year 2007.
3      7. <u>Damages based on Forecast v. Actual Sales</u>: Penpower Technology Ltd. makes annual
4  sales forecast for its worldwide market. Comparing the actual sales quantity of US market
5  against the forecast, the US achievement rates for years 2004 through 2006 were 89.94%,
6  76.37% and 48.88% respectively. By adding the total sales quantity that failed to achieve in
7  years 2005 and 2006, Penpower, Inc. has sustained damages in the sum of $190,790.00 for years
8  2005 and 2006. A copy of explanation showing Penpower, Inc.'s damages based on forecast v.
9  actual sale and its sales projections for years 2004 through 2008 is attached hereto as Exhibit C
10 and made a part hereof.
11     8. Defendants have sold and are continuing in selling counterfeit products and/or
12 products incorporating Penpower handwriting recognition software. Such illegal activities, if
13 continue, will cause irreparable harm to plaintiffs Penpower, Inc. and Penpower Technology Ltd.
14 because:
15     (a) Plaintiff Penpower, Inc. has continuously expended significant advertising costs in
16 promoting its handwriting recognition products. (2004 - $81,537.51; 2005 - $126,439.57; 2006 -
17 $106,997.98; and 2007 - $119,040.52). (Exhibit B: Penpower, Inc.'s Income Statements for
18 years 2004 through 2007) Such expenses are onerous in comparison with the gross income of
19 Penpower Inc. Furthermore, Plaintiff Penpower, Inc. is constantly required to spend money and
20 resources in upgrading its handwriting recognition software and developing new technology in
21 order to maintain its competitiveness in this ever-changing market. Penpower, Inc. cannot sustain
22 all of the expensive advertising and development costs unless it can reach its sales forecast and
23 maintain the profit margin according to its plan.
24     (b) Defendants are literally taking a free ride of Penpower, Inc.'s advertising and
25 development efforts by selling counterfeit products without incurring any costs. Even Penpower,
26 Inc. had reached a positive financial status in year 2007 by spending extra money and resources
27 in pursuing defendants, such profit of $16,088.00 was nominal in comparison with the efforts
28 and money spent by Penpower, Inc. (Exhibit B: Penpower, Inc.'s Income Statement for year

(AFFIDAVIT OF PENPOWER INC. IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT)          (C07-03621 JL)

2007)

(c) Defendants are selling counterfeit products at extremely low price. Therefore, defendants' counterfeit products are without any quality control and after-sale warranty services. The materials used by defendants' counterfeit products are much inferior than those of plaintiff Penpower, Inc.'s products and have very high defective rate. All of which are directly and negatively impacting on Penpower, Inc.'s goodwill and business reputation in the marketplace, and have counteracted all of Penpower Inc.'s efforts in promoting its products and business reputation.

(d) Furthermore, Penpower, Inc. has spent and is continuously expending tremendous administrative costs and manpower to cope with the messes of counterfeit products such as warranty service, technical support, etc. All of the expenses and costs incurred to deal with the counterfeit products issues and warranty services are unable to calculate and have not been included in Penpower, Inc.'s damages claim against defendants.

If defendants' illegal activities are not enjoined, they will continue to make profit at the expense of plaintiff Penpower, Inc. Penpower, Inc. will sustain irreparable injury. Penpower, Inc. will never be able to recover the money and efforts it invested or to reach its expected profit margin if defendants' illegal infringement activities continue. Furthermore, it is highly likely that Penpower, Inc. will be driven out of the market if defendants' illegal activities are not enjoined immediately.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 24, 2008

                                                ___/s/ Debra Shih_____
                                                Debra Shih / President
                                                Penpower, Inc.

(AFFIDAVIT OF PENPOWER INC. IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT)    (C07-03621 JL)