# DAMAGES BASED ON RELATIVE GROWTH RATE

The major markets for Penpower Junior Handwriter include Greater China Economic Zone and North American Chinese communities, such as Taiwan, Hong Kong, China, Singapore, US and Canada. For the years from 2004 to 2007, Taiwan and Hong Kong sustained least impact by the counterfeit products, and US, Canada, China and Singapore were the area that sustained most serious losses due to infringement activities and counterfeit products.

The growth rates for Penpower Junior Handwriter for the years from 2004 to 2007 were as follows:

| Area | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|
| Taiwan: | 22.83% | 39.30% | 11.80% | 2.98% |
| Hong Kong | -6.35% | 5.38% | 12.52% | 12.08% |
| Singapore | -48.13% | -12.87% | 30.13% | -14.39% |
| China | -5.41% | -68.25% | 156.20% | -1.71% |

The average growth rates for Penpower Junior Handwriter in Taiwan and Hong Kong for the years from 2005 to 2007(which sustained least impact by the counterfeit products) were: 11.66%, 12.36% and 9.99% (please refer the Table II).

Based on the growth rate of Taiwan and Hong Kong (which sustained least impact by the counterfeit products), we can estimate the losses sustained in the US market for the years from 2005 to 2006 were $225,699 based on the following table (Table I).

(Table I)
**USA**

| year | 2004 | 2005 | 2006 | 2007 | |
|---|---|---|---|---|---|
| total USD amount | 176,669 | 180,197 | 174,849 | 404,479 | |
| total units of handwriter sold | 4,504 | 5,566 | 5,011 | 12,801 | |
| compare with 2004 | | 124% | 111% | 284% | |
| Annual growth rate | | 24% | -12% | 173% | |
| Assume 60% growth in 2005-6 | | 7,206 [4504*(1+60%)] | 9,909 [4504*(1+60%+60%)] | | |
| Difference | | 1,640 (7,260-5,566) | 4,898 (9,909-5,011) | | |
| UNIT price (US$) | | 34.52 | 34.52 | | |
| Assumed Loss (US$) | | 56,627 | 169,072 | | 225,699 |

In those areas with least infringement activities and counterfeit products such as Hong Kong and Taiwan, the growth rate is on a steady up trend, i.e. 12%, 14% and 13%. However, in US, the average growth rate showed a very unstable change, i.e. 24%, -12%, and 173%. Based on the growth rate in Hong Kong and Taiwan, Penpower Junior Writer should not have such rollercoaster performance in US. It is unreasonable to have a –12% performance in 2006 and a skyrocketing increase of 173% in 2007.

Because the growth curve is different in each area, the growth rate in Hong Kong and Taiwan should not be used to explain the growth rate in US, but can use such rate in Hong Kong and Taiwan to prove that Penpower Junior Handwriter is a product enjoying a uptrend growth rate in recent years. If simply uses Hong Kong and Taiwan's growth rate to explain US market, it is impossible for US to achieve a growth rate of 173% in Year 2007.

Therefore our analysis and calculation based on an annual growth rate of 60% (total 180% growth rate divided by three years) is fair and reasonable.

(Table II)

| PPJr.Handwriter | | 2003 | 2004 | 2005 | 2006 | 2007 | 2008.Q1 |
|---|---|---|---|---|---|---|---|
| TW | Qty | 22,113 | 27,162 | 37,836 | 42,300 | 43,559 | 10,323 |
| | | | 22.83% | 39.30% | 11.80% | 2.98% | |
| | Amount | 12,622,819 | 16,409,984 | 22,661,366 | 26,486,529 | 29,601,164 | 7,271,062 |
| HK | Qty | 127,667 | 119,563 | 126,000 | 141,779 | 158,912 | 40,045 |
| | | | -6.35% | 5.38% | 12.52% | 12.08% | |
| | Amount | 20,921,095 | 19,580,618 | 18,009,258 | 21,206,445 | 23,100,920 | 5,810,115 |
| SGP | Qty | 6,995 | 3,628 | 4,095 | 5,329 | 4,562 | 1,825 |
| | | | -48.13% | 12.87% | 30.13% | -14.39% | |
| | Amount | 222,182 | 108,258 | 122,570 | 162,234 | 154,308 | 46,629 |
| China | Qty | 50,244 | 47,525 | 15,090 | 38,660 | 37,999 | 6,235 |
| | | | -5.41% | -68.25% | 156.20% | -1.71% | |
| | Amount | 5,917,408 | 5,570,859 | 1,154,891 | 3,852,250 | 3,670,223 | 632,754 |
| TW + HK | Qty | 149,780 | 146,725 | 163,836 | 184,079 | 202,471 | 50,368 |
| | Growth | | | 11.66% | 12.36% | 9.99% | |