## DAMAGES BASED ON INCOME STATEMENTS

Because of defendants' infringement activities and counterfeit products, Penpower, Inc. has sustained consecutive losses for three years (2004 through 2006). Since Penpower, Inc. initiated legal action against defendants and other infringers in 2007, the company's financial situation started to improve and has achieved positive profitable status since then.

The actual loss and profit of Penpower, Inc. can be seen from the attached income statements for the years from 2004 to 2007. If compare the forecast with the actual performance of each year, it can be ascertained that Penpower, Inc. has sustained a total loss of $309,119 as detailed in the following table:

| Penpower, Inc. | | | | | | | |
|---|---|---|---|---|---|---|---|
| year | | 2004 | 2005 | 2006 | 2007 | 2008 | |
| Frofit & Loss | Forecast | 52,272 | 41,694 | 79,596 | 45,538 | 7,672 | |
| | Actual | (33,463) | (45,690) | (26,932) | 16,066 | | |
| difference | Frofit & Loss | 85,735 | 87,384 | 106,528 | 29,472 | | |
| | | | | | | | |
| Total Loss | | 85,735 | 87,384 | 106,528 | 29,472 | | 309,119 |

| | |
|---|---:|
| **Penpower, Inc.** | **3:55 PM** |
| **Profit & Loss** | **39554** |
| **January through December 2004** | **Accrual Basis** |
| | **Jan - Dec 04** |
| **Ordinary Income/Expense** | |
| **Income** | |
| **Sales** | |
| **Product Sales** | 907,841.50 |
| **service** | 28,884.82 |
| **Total Sales** | 936,726.32 |
| | |
| **Sales Discounts** | |
| **Cash Discounts** | -1,029.04 |
| **PP Cash Discounts** | -1,580.37 |
| **Total Sales Discounts** | -2,609.41 |
| | |
| **Uncategorized Income** | 0.00 |
| **Total Income** | 934,116.91 |
| | |
| **Cost of Goods Sold** | |
| **Cost of Goods Sold** | 499,061.57 |
| **Discount Expense** | |
| **PP Discount Expense** | 5,558.17 |
| **Discount Expense - Other** | 1,511.06 |
| **Total Discount Expense** | 7,069.23 |
| | |
| **Total COGS** | 506,130.80 |
| | |
| **Gross Profit** | 427,986.11 |
| | |
| **Expense** | |
| **Advertisement & Marketing** | |
| **CO-OP funds** | 46,425.07 |
| **Internet Ad** | 8,949.44 |
| **Magazine** | 26,163.00 |
| **Total Advertisement & Marketing** | 81,537.51 |
| | |
| **Bad Debts** | 10,109.42 |
| **Bank Service Charges** | |

| | |
|---|---:|
| **Loan Processing Fee** | 250.00 |
| **Wire Processing Fee** | 496.00 |
| **Bank Service Charges - Other** | 5.00 |
| **Total Bank Service Charges** | 751.00 |
| | |
| **Commission Expense** | |
|   **Spiff -TigerDirect** | 250.00 |
|   **Commission Expense - Other** | 1,807.48 |
| **Total Commission Expense** | 2,057.48 |
| | |
| **Consulting** | 6,360.00 |
| **Credit Card Service Charges** | 12,712.16 |
| **Delivery Expense** | |
|   **Domestic Delivery** | 38,532.09 |
|   **International Shipping** | 27,193.06 |
| **Total Delivery Expense** | 65,725.15 |
| | |
| **Depreciation Expense** | 1,690.00 |
| **Filing Fees** | 210.00 |
| **Insurance** | |
|   **Property Insurance** | 1,336.37 |
| **Total Insurance** | 1,336.37 |
| | |
| **Interest Expense** | |
|   **Finance Charge** | 920.63 |
|   **Loan Interest** | 3,963.32 |
| **Total Interest Expense** | 4,883.95 |
| | |
| **Internet Service Charge** | |
|   **Cable Service** | 448.01 |
|   **Ebay Service Charge** | 3,547.21 |
|   **Yahoo Store & Internet Domain** | 2,266.93 |
|   **Internet Service Charge - Other** | 49.95 |
| **Total Internet Service Charge** | 6,312.10 |
| | |
| **Licenses and Permits** | 430.00 |
| **Manufacturing Rebate** | 372.00 |
| **Miscellaneous** | 50.83 |
| **Patent/Trademark** | 1,340.00 |
| **Payroll** | 150,160.00 |
| **Postage** | 213.36 |

| | |
|---|---:|
| **Printing and Reproduction** | 504.94 |
| **Professional Fees** | |
|   Accounting | 2,487.44 |
|   Legal Fees | 3,775.00 |
| **Total Professional Fees** | 6,262.44 |
| | |
| **Rent** | 21,228.40 |
| **Supplies** | |
|   Office | 9,106.53 |
|   Packaging | 2,572.93 |
|   Sample | 289.03 |
| **Total Supplies** | 11,968.49 |
| | |
| **Suspense** | 1.56 |
| **Taxes** | |
|   Payroll | 14,863.57 |
|   Property | -101.70 |
|   State | 800.00 |
| **Total Taxes** | 15,561.87 |
| | |
| **Telephone** | 8,126.03 |
| **Trade Show** | |
|   Air Ticket | 5,129.13 |
|   Booth Fee | 31,430.10 |
|   Car Rental | 3,342.65 |
|   Electronic, Table and others | 3,586.24 |
|   Gas for Car | 795.92 |
|   Materials Supply | 2,545.25 |
|   Meals | 2,559.62 |
|   Mileage | 416.88 |
|   Parking Fee | 1,140.15 |
|   Printing | 199.93 |
|   Room & Board | 5,822.19 |
|   Shipping | 2,292.63 |
| **Total Trade Show** | 59,260.69 |
| | |
| **Travel** | |
|   Meals | 2,413.54 |
|   Transportation | 7,651.73 |
| **Total Travel** | 10,065.27 |

| | |
|---|---:|
| **Uncategorized Expenses** | 0.00 |
| **Utilities** | |
|   Gabage | 304.74 |
|   Gas and Electric | 1,692.82 |
| **Total Utilities** | 1,997.56 |
| | |
| **Total Expense** | 481,228.58 |
| | |
| **Net Ordinary Income** | -53,242.47 |
| | |
| **Other Income/Expense** | |
|   **Other Income** | |
|     Freight Income | 29,641.84 |
|     Gain or loss on Physical Invent | 939.33 |
|     Interest Income | 665.16 |
|     Other Income | 209.75 |
|   **Total Other Income** | 31,456.08 |
| | |
|   **Other Expense** | |
|     Other Expenses | 11,676.21 |
|   **Total Other Expense** | 11,676.21 |
| | |
|   **Net Other Income** | 19,779.87 |
| | |
| **Net Income** | **-33,462.60** |

|  | |
|---|---:|
| **Penpower, Inc.** | **3:56 PM** |
| **Profit & Loss** | **39554** |
| **January through December 2005** | **Accrual Basis** |
| | Jan - Dec 05 |
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Sales** | |
|       **Product Sales** | 1,674,489.75 |
|       service | 38,285.32 |
|     **Total Sales** | 1,712,775.07 |
| | |
|   **Total Income** | 1,712,775.07 |
| | |
|   **Cost of Goods Sold** | |
|     **Cost of Goods Sold** | 1,097,060.62 |
|     **Cost of Goods Sold-Freight In** | 29,658.98 |
|     **Discount Expense** | |
|       **PP Discount Expense** | 8,211.93 |
|       Discount Expense - Other | 2,967.45 |
|     **Total Discount Expense** | 11,179.38 |
| | |
|   **Total COGS** | 1,137,898.98 |
| | |
| **Gross Profit** | 574,876.09 |
| | |
|   **Expense** | |
|     **Advertisement & Marketing** | |
| | 35,585.00 |
|       Catalog | -500.00 |
|       **CO-OP funds** | 82,622.97 |
|       Internet Ad | 8,731.60 |
|     **Total Advertisement & Marketing** | 126,439.57 |
| | |
|     **Bad Debts** | 4,535.33 |
|     **Bank Service Charges** | |
|       **Bank Confirmation Fee** | 40.00 |
|       Wire Processing Fee | 830.50 |
|       **Bank Service Charges - Other** | 155.00 |
|     **Total Bank Service Charges** | 1,025.50 |

| | |
|---|---:|
| **Bonus** | 1,800.00 |
| **Commission Expense** | |
|   Sales Rep | 7,946.48 |
|   Spiff-Ingram Micro Canada | 1,020.90 |
|   Spiff -TigerDirect | 340.00 |
|   Commission Expense - Other | 1,257.21 |
| **Total Commission Expense** | 10,564.59 |
| | |
| **Consulting** | 5,906.63 |
| **Credit Card Service Charges** | 16,881.17 |
| **Delivery Expense** | |
|   Domestic Delivery | 55,490.25 |
|   International Shipping | 14,412.00 |
| **Total Delivery Expense** | 69,902.25 |
| | |
| **Depreciation Expense** | 3,316.00 |
| **Filing Fees** | 37.00 |
| **Insurance** | |
|   Health Insurance | 8,740.40 |
|   Property Insurance | 809.65 |
|   Workers Compensation | 2,145.60 |
| **Total Insurance** | 11,695.65 |
| | |
| **Interest Expense** | |
|   Finance Charge | 376.93 |
|   Loan Interest | 762.30 |
| **Total Interest Expense** | 1,139.23 |
| | |
| **Internet Service Charge** | |
|   Amazon.com monthly service | 39.99 |
|   Ebay Service Charge | 3,927.52 |
|   Yahoo Store & Internet Domain | 2,726.04 |
|   Internet Service Charge - Other | 619.62 |
| **Total Internet Service Charge** | 7,313.17 |
| | |
| **Licenses and Permits** | 520.00 |
| **Manufacturing Rebate** | 260.00 |
| **Miscellaneous** | 13.85 |
| **Payroll** | 255,323.07 |
| **Postage** | 407.88 |

| | |
|---|---:|
| **Professional Fees** | |
|   Accounting | 2,756.00 |
|   Installation Fee | 2,020.00 |
|   Legal Fees | 2,200.00 |
| **Total Professional Fees** | 6,976.00 |
| | |
| **Rent** | 37,020.00 |
| **Supplies** | |
|   Office | 6,934.86 |
|   Packaging | 2,532.36 |
|   Sample | 1,015.80 |
| **Total Supplies** | 10,483.02 |
| | |
| **Suspense** | 283.31 |
| **Taxes** | |
|   Federal | -760.00 |
|   Payroll | 21,844.88 |
|   Property | 105.02 |
|   State | 800.00 |
| **Total Taxes** | 21,989.90 |
| | |
| **Telephone** | 6,928.21 |
| **Trade Show** | |
|   Air Ticket | 3,550.46 |
|   Booth Fee | 35,032.50 |
|   Car Rental | 2,316.22 |
|   Electronic, Table and others | 2,532.94 |
|   Gas for Car | 1,074.81 |
|   Materials Supply | 526.55 |
|   Meals | 1,770.78 |
|   Mileage | 300.50 |
|   Parking Fee | 611.79 |
|   Printing | 55.47 |
|   Room & Board | 6,185.69 |
|   Shipping | 953.18 |
| **Total Trade Show** | 54,910.89 |
| | |
| **Travel** | |
|   Meals | 2,283.04 |
|   Room and Board | 344.07 |

| | |
|---|---:|
| **Transportation** | 6,266.27 |
| **Total Travel** | 8,893.38 |
| **Utilities** | |
|   Gabage | 700.82 |
|   Gas and Electric | 1,945.25 |
|   **Total Utilities** | 2,646.07 |
| **Total Expense** | 667,211.67 |
| **Net Ordinary Income** | -92,335.58 |
| **Other Income/Expense** | |
|   **Other Income** | |
|     Freight Income | 37,860.03 |
|     Gain or loss on Physical Invent | -7,661.06 |
|     Interest Income | 2,000.85 |
|     Other Income | 3,722.01 |
|   **Total Other Income** | 35,921.83 |
|   **Other Expense** | |
|     Other Expenses | -10,723.56 |
|   **Total Other Expense** | -10,723.56 |
| **Net Other Income** | 46,645.39 |
| **Net Income** | **-45,690.19** |

|  | Penpower, Inc. | 3:57 PM |
|---|---|---|
|  | Profit & Loss | 39554 |
|  | **January through December 2006** | Accrual Basis |
|  |  | Jan - Dec 06 |
| **Ordinary Income/Expense** |  |  |
| Income |  |  |
| Sales |  |  |
| Product Sales |  | 1,739,553.75 |
| Return & Allowance |  | -27,265.00 |
| service |  | 249.96 |
| Sales - Other |  | 0.00 |
| Total Sales |  | 1,712,538.71 |
| Sales Discounts |  |  |
| Other Discount |  | -7,355.63 |
| PP Cash Discounts |  | -5,213.38 |
| Total Sales Discounts |  | -12,569.01 |
| **Total Income** |  | 1,699,969.70 |
| Cost of Goods Sold |  |  |
| Cost of Goods Sold |  | 1,078,033.35 |
| Cost of Goods Sold-Freight In |  | 18,607.11 |
| Discount Expense |  |  |
| PP Discount Expense |  | 0.00 |
| Discount Expense - Other |  | 0.00 |
| Total Discount Expense |  | 0.00 |
| **Total COGS** |  | 1,096,640.46 |
| **Gross Profit** |  | 603,329.24 |
| Expense |  |  |
| Advertisement & Marketing |  |  |
|  |  | 8,000.00 |
| Catalog |  | 18,000.00 |
| CO-OP funds |  | 33,397.17 |
| Internet Ad |  | 34,194.73 |
| Magazine |  | 4,730.00 |

| | |
|---|---:|
| **Newspaper** | 5,326.08 |
| **TV Ad** | 3,200.00 |
| **Advertisement & Marketing - Other** | 150.00 |
| **Total Advertisement & Marketing** | 106,997.98 |
| | |
| **Bad Debts** | 3,672.44 |
| **Bank Service Charges** | |
|   **Wire Processing Fee** | 309.50 |
|   **Bank Service Charges - Other** | 65.02 |
| **Total Bank Service Charges** | 374.52 |
| | |
| **Bonus** | 11,215.42 |
| **Commission Expense** | |
|   **Sales Rep** | 3,943.30 |
| **Total Commission Expense** | 3,943.30 |
| | |
| **Consulting** | 1,196.60 |
| **Credit Card Service Charges** | 16,904.03 |
| **Delivery Expense** | |
|   **Domestic Delivery** | 60,843.58 |
|   **International Shipping** | 10,265.40 |
| **Total Delivery Expense** | 71,108.98 |
| | |
| **Depreciation Expense** | 4,190.00 |
| **Dues and Subscriptions** | 545.00 |
| **Filing Fees** | 25.00 |
| **Insurance** | |
|   **Health Insurance** | 8,867.40 |
|   **Workers Compensation** | 3,630.60 |
| **Total Insurance** | 12,498.00 |
| | |
| **Interest Expense** | |
|   **Finance Charge** | 96.00 |
| **Total Interest Expense** | 96.00 |
| | |
| **Internet Service Charge** | |
|   **Amazon.com monthly service** | 439.89 |
|   **Ebay Service Charge** | 675.92 |
|   **Yahoo Store & Internet Domain** | 3,481.70 |
|   **Internet Service Charge - Other** | 1,352.90 |

| | |
|---|---:|
| **Total Internet Service Charge** | 5,950.41 |
| | |
| **Licenses and Permits** | 150.00 |
| **Payroll** | 315,745.90 |
| **Postage** | 337.39 |
| **Professional Fees** | |
|   **Accounting** | 3,110.00 |
|   **Legal Fees** | 50.00 |
| **Total Professional Fees** | 3,160.00 |
| | |
| **Rent** | 38,357.00 |
| **Supplies** | |
|   **Office** | 6,864.12 |
|   **Packaging** | 2,039.81 |
| **Total Supplies** | 8,903.93 |
| | |
| **Suspense** | 0.00 |
| **Taxes** | |
|   **Payroll** | 23,574.07 |
|   **Property** | 163.96 |
|   **State** | 800.00 |
| **Total Taxes** | 24,538.03 |
| | |
| **Telephone** | 6,486.66 |
| **Trade Show** | |
|   **Air Ticket** | 1,752.86 |
|   **Booth Fee** | 15,285.00 |
|   **Car Rental** | 692.21 |
|   **Electronic, Table and others** | 1,796.63 |
|   **Gas for Car** | 514.35 |
|   **Materials Supply** | 595.37 |
|   **Meals** | 1,453.43 |
|   **Mileage** | 160.87 |
|   **Parking Fee** | 349.22 |
|   **Printing** | 61.00 |
|   **Room & Board** | 2,752.09 |
| **Total Trade Show** | 25,413.03 |
| | |
| **Travel** | |
|   **Air Tickets** | 2,319.12 |
|   **Local Travel** | 263.11 |

|  |  |
|---|---:|
| **Meals** | 863.17 |
| **Room and Board** | 464.75 |
| **Transportation** | 38.72 |
| **Travel - Other** | 434.70 |
| **Total Travel** | 4,383.57 |
| | |
| **Utilities** | |
| Gabage | 958.63 |
| Gas and Electric | 1,579.82 |
| **Total Utilities** | 2,538.45 |
| | |
| **Total Expense** | 668,731.64 |
| | |
| **Net Ordinary Income** | -65,402.40 |
| | |
| **Other Income/Expense** | |
| **Other Income** | |
| Freight Income | 28,341.25 |
| Gain or loss on Physical Invent | 280.00 |
| Interest Income | 4,621.93 |
| Other Income | 5,300.29 |
| **Total Other Income** | 38,543.47 |
| | |
| **Other Expense** | |
| Other Expenses | 72.73 |
| **Total Other Expense** | 72.73 |
| | |
| **Net Other Income** | 38,470.74 |
| **Net Income** | **-26,931.66** |

**Penpower, Inc.**

**Profit & Loss**

**January through December 2007**

3:57 PM

39554

Accrual Basis

|  | Jan - Dec 07 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Sales** | |
| **Product Sales** | 1,443,485.01 |
| **Return & Allowance** | -1,623.47 |
| service | 122,668.98 |
| **Total Sales** | 1,564,530.52 |
| | |
| **Sales Discounts** | |
| **Other Discount** | -2,139.93 |
| **PP Cash Discounts** | -9,030.56 |
| **Total Sales Discounts** | -11,170.49 |
| | |
| **Service income** | 0.00 |
| **Total Income** | 1,553,360.03 |
| | |
| **Cost of Goods Sold** | |
| **Cost of Goods Sold** | 905,693.90 |
| **Cost of Goods Sold-Freight In** | 17,577.92 |
| **Total COGS** | 923,271.82 |
| | |
| **Gross Profit** | 630,088.21 |
| | |
| **Expense** | |
| **Advertisement & Marketing** | |
| | 4,000.00 |
| Catalog | 9,451.81 |
| **CO-OP funds** | 37,346.78 |
| **Internet Ad** | 15,760.93 |
| **Magazine** | 4,449.00 |
| **Newspaper** | 43,931.00 |
| **Promotion samples** | 0.00 |
| **Radio** | 1,970.00 |
| **Supporting Materials** | 2,131.00 |
| **Total Advertisement & Marketing** | 119,040.52 |

| | |
|---|---:|
| **Bank Service Charges** | |
|   Wire Processing Fee | 118.56 |
|   Bank Service Charges - Other | 310.29 |
| **Total Bank Service Charges** | 428.85 |
| | |
| **Bonus** | 26,894.13 |
| **Business Samples** | 2,091.27 |
| **Commission Expense** | |
|   Sales Rep | 6,479.71 |
| **Total Commission Expense** | 6,479.71 |
| | |
| **Condo Association Fee** | 3,237.70 |
| **Consulting** | 0.00 |
| **Credit Card Service Charges** | 15,751.67 |
| **Delivery Expense** | |
|   Domestic Delivery | 42,744.64 |
|   International Shipping | 4,755.86 |
| **Total Delivery Expense** | 47,500.50 |
| | |
| **Depreciation Expense** | 16,255.00 |
| **Dues and Subscriptions** | 1,126.25 |
| **Employee 401K Plan-Company** | 7,410.00 |
| **Insurance** | |
|   Health Insurance | 13,794.00 |
|   Workers Compensation | 3,514.01 |
| **Total Insurance** | 17,308.01 |
| | |
| **Internet Service Charge** | |
|   Amazon.com monthly service | 519.87 |
|   Ebay Service Charge | 296.96 |
|   Yahoo Store & Internet Domain | 3,242.18 |
|   Internet Service Charge - Other | 673.00 |
| **Total Internet Service Charge** | 4,732.01 |
| | |
| **Licenses and Permits** | 180.00 |
| **Manufacturing Rebate** | 4,380.00 |
| **Payroll** | 235,976.84 |
| **Postage** | 634.10 |
| **Professional Fees** | |
|   Accounting | 3,124.00 |

| | |
|---|---:|
| **Legal Fees** | 18,236.50 |
| **Total Professional Fees** | 21,360.50 |
| | |
| **Rent** | 26,230.00 |
| **Supplies** | |
|   Office | 19,187.63 |
|   Packaging | 2,284.11 |
| **Total Supplies** | 21,471.74 |
| | |
| **Suspense** | 0.00 |
| **Taxes** | |
|   Payroll | 27,649.16 |
|   Property | 5,971.28 |
|   State | 681.63 |
| **Total Taxes** | 34,302.07 |
| | |
| **Telephone** | 10,000.91 |
| **Trade Show** | |
|   Air Ticket | 1,274.80 |
|   Booth Fee | 15,760.00 |
|   Car Rental | 2,058.58 |
|   Electronic, Table and others | 1,635.74 |
|   Gas for Car | 647.73 |
|   Materials Supply | 258.16 |
|   Meals | 1,573.67 |
|   Mileage | 40.32 |
|   Parking Fee | 406.65 |
|   Room & Board | 1,280.27 |
|   Shipping | 314.65 |
|   Trade Show - Other | 190.00 |
| **Total Trade Show** | 25,440.57 |
| | |
| **Travel** | |
|   Air Tickets | 1,515.74 |
|   Car Rental | 386.27 |
|   Local Travel | 807.98 |
|   Meals | 1,189.50 |
|   Parking & Toll fee | 53.25 |
|   Room and Board | 1,636.63 |
|   Transportation | 487.91 |

|  |  |
|---|---:|
| **Total Travel** | 6,077.28 |
| **Utilities** |  |
|   Gabage | 696.98 |
|   Gas and Electric | 2,262.73 |
| **Total Utilities** | 2,959.71 |
| **Total Expense** | 657,269.34 |
| **Net Ordinary Income** | -27,181.13 |
| **Other Income/Expense** |  |
|   **Other Income** |  |
|     Freight Income | 16,875.86 |
|     Gain or loss on Physical Invent | -5,145.51 |
|     Interest Income | 11,365.21 |
|     Other Income | 21,255.07 |
|   **Total Other Income** | 44,350.63 |
|   **Other Expense** |  |
|     Other Expenses | 1,103.74 |
|   **Total Other Expense** | 1,103.74 |
| **Net Other Income** | 43,246.89 |
| **Net Income** | **16,065.76** |