**DAMAGES BASED ON FORECAST V. ACTUAL SALE**

Penpower Technology Ltd. will make annual sales forecast for each area. Comparing the least impacted areas such as Hong Kong, Taiwan and other overseas market (Europe, South America, Middle East, Japan and Korea) with US, US's performance in 2004, 2005 and 2006 was significantly worse than most of the other areas. Based on the forecasts and the actual sales, we can identify the losses sustained in these three years.

The following table shows the achievement rate based on the forecasts and the actual sales in those least impacted areas:

| Area | 2004 | 2005 | 2006 | 2007 | 2008Q1 |
|------|------|------|------|------|--------|
| Taiwan | 113.40% | 111.92% | 96.71% | 101.68% | 113.51% |
| Hong Kong | 90.44% | 116.05% | 99.18% | 96.97% | 108.17% |
| Overseas | 154.16% | 80.04% | 87.88% | 116.10% | 148.95% |
| US | 89.94% | 76.37% | 48.88% | 111.39% | 91.90% |

(The US achievement rates of 76.37% and 48.88% for the years 2005 and 2006 were caused by defendants' infringement activities and sales of counterfeit products)

| USA | | 2004 | 2005 | 2006 | 2007 | 2008.Q1 | |
|-----|-----|------|------|------|------|---------|---|
| year | | 2004 | 2005 | 2006 | 2007 | 2008.Q1 | |
| total units of handwriter sold | Forecast | 5,008 | 7,288 | 10,252 | 11,492 | 3,234 | |
| | Actual | 4,504 | 5,566 | 5,011 | 12,801 | 2,972 | |
| total USD amount | Forecast | 174,384 | 252,246 | 293,590 | 419,220 | 100,500 | |
| | Actual | 176,669 | 180,197 | 174,849 | 404,479 | 92,480 | |
| difference | total units | | 1,722 | 5,241 | | | |
| | total USD amount | | 72,049 | 118,741 | | | 190,790 |
| Achieve percentage | | 89.94% | 76.37% | 48.88% | 111.39% | 91.90% | |

Based on the actual achievement rates in computing the damages, Penpower, Inc. has sustained at least $190,790 for the years of 2005 and 2006.

| Fiscal Month Number | Q1 | Q2 | Q3 | Q4 | FY Total | % of Total |
|---|---|---|---|---|---|---|
| **Revenue** | | | | | | |
| WorldCard Office | 64,800 | 86,400 | 129,600 | 172,800 | 453,600 | 33% |
| WorldCard Color | 28,800 | 57,600 | 100,800 | 144,000 | 331,200 | 24% |
| WorldPhone Products | - | - | 4,500 | 4,500 | 9,000 | 1% |
| PP Chinese Products | 41,664 | 42,926 | 44,227 | 45,567 | 174,384 | 13% |
| Other Chinese Products | 48,048 | 49,009 | 52,009 | 55,192 | 204,259 | 15% |
| File Access/Security Control System | 7,200 | 14,400 | 14,400 | 28,800 | 64,800 | 5% |
| Printing Security Control System | 4,800 | 9,600 | 9,600 | 19,200 | 43,200 | 3% |
| PowerCam | 3,750 | 5,250 | 5,250 | 7,500 | 21,750 | 2% |
| PowerMusic | 6,750 | 9,450 | 9,450 | 13,500 | 39,150 | 3% |
| PowerWiFi | 5,250 | 10,500 | 10,500 | 15,750 | 42,000 | 3% |
| All Other products | 1,576 | 1,825 | 2,112 | 2,445 | 7,959 | 1% |
| | | | | | | |
| Gross Sales | 212,638 | 286,960 | 382,448 | 509,255 | 1,391,302 | |
| Less Returns & Allowances | (2,126) | (2,870) | (3,824) | (5,093) | (13,913) | |
| **Net Sales** | 210,512 | 284,091 | 378,624 | 504,162 | 1,377,389 | |
| | | | | | | |
| WorldCard Office | (42,120) | (56,160) | (84,240) | (112,320) | (294,840) | |
| WorldCard Color | (19,512) | (39,024) | (68,292) | (97,560) | (224,388) | |
| WorldPhone Products | - | - | (3,150) | (3,150) | (6,300) | |
| PP Chinese Products | (24,998) | (25,756) | (26,536) | (27,340) | (104,631) | |
| Other Chinese Products | (24,024) | (24,505) | (26,005) | (27,596) | (102,129) | |
| All Other products | (14,727) | (22,971) | (23,215) | (33,316) | (94,230) | |
| **Cost of Goods Sold - Total** | (125,382) | (168,415) | (231,438) | (301,282) | (826,518) | |
| Gross Margin | 85,130 | 115,675 | 147,186 | 202,880 | 550,871 | |
| | | | | | | |
| **Operating Expenses** | | | | | | |
| *Sales & Marketing Expenses* | *50,534* | *54,771* | *59,602* | *68,624* | *233,532* | |
| Salary | 18,000 | 18,000 | 18,000 | 18,000 | 72,000 | |
| Payroll Taxes | 2,160 | 2,160 | 2,160 | 2,160 | 8,640 | |
| Advertising | 9,000 | 9,900 | 10,890 | 11,979 | 41,769 | |
| Tradeshows | 9,000 | 9,000 | 9,000 | 12,000 | 39,000 | |
| Meal and Entertainment | 1,500 | 1,500 | 1,500 | 1,500 | 6,000 | |
| Travel | 4,965 | 6,389 | 7,730 | 9,354 | 28,438 | |
| Telephone | 473 | 547 | 634 | 734 | 2,388 | |
| Freight Out | 2,126 | 2,870 | 3,824 | 5,093 | 13,913 | |
| Miscellaneous | 3,310 | 4,406 | 5,864 | 7,805 | 21,384 | |
| *G & A* | *46,327* | *48,080* | *48,786* | *50,815* | *194,007* | |
| Utility | 631 | 730 | 845 | 978 | 3,183 | |
| Salary | 24,000 | 25,500 | 25,500 | 25,500 | 100,500 | |
| Payroll Taxes | 2,880 | 3,060 | 3,060 | 3,060 | 12,060 | |
| Office Supply | 300 | 364 | 485 | 645 | 1,794 | |
| Insurance | 1,695 | 1,995 | 1,995 | 1,995 | 7,680 | |
| Legal & Accounting | 5,000 | 4,500 | 4,500 | 6,000 | 20,000 | |
| Internet Service | 750 | 750 | 750 | 750 | 3,000 | |
| Telephone | 240 | 240 | 265 | 307 | 1,051 | |
| Rent | 9,000 | 9,000 | 9,000 | 9,000 | 36,000 | |
| Postage | 331 | 441 | 586 | 780 | 2,138 | |
| Miscellaneous | 1,500 | 1,500 | 1,800 | 1,800 | 6,600 | |
| *Sale Support, technical support* | *6,300* | *12,491* | *13,103* | *13,164* | *45,058* | |
| Salary | - | 5,500 | 6,000 | 6,000 | 17,500 | |
| Payroll Taxes | - | 660 | 720 | 720 | 2,100 | |
| Depreciation | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 | |
| Telephone | 300 | 331 | 383 | 444 | 1,458 | |
| Miscellaneous | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 | |
| | | | | | | |
| **Total Operating Expenses** | 103,161 | 115,342 | 121,491 | 132,603 | 472,597 | |
| | | | | | | |
| Income Before Tax | (18,031) | 333 | 25,694 | 70,277 | 78,274 | |
| | | | | | | |
| Interest Expense | 900 | 900 | 900 | 900 | 3,600 | |
| Interest Income | - | - | - | - | - | |
| *Income (Loss) before tax* | (18,931) | (567) | 24,794 | 69,377 | 74,674 | |
| | | | | | | |
| Tax Expenses | - | (170) | 7,438 | 20,813 | 22,402 | |
| **Net Profit (Loss)** | (18,931) | (397) | 17,356 | 48,564 | 52,272 | |

**Penpower Inc. 2005**

1.30

| | Average selling price | First Quarter Units | Quarter Total | Second Quarter Units | Quarter Total | Third Quarter Units | Quarter Total | Fouth Quarter Units | Quarter Total | Total Units | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PenPower Products** | | | | | | | | | | | | |
| PP handwriting USB 5x4 Wacom | 107.00 | 78 | $ 8,346 | 111 | $ 11,824 | 111 | $ 11,824 | 85 | $ 9,042 | 384 | $ 41,035 | |
| PP Handwriting w/ 3x2 Wacom | 65 | 124 | $ 8,028 | 148 | $ 9,633 | 143 | $ 9,295 | 130 | $ 8,450 | 545 | $ 35,406 | |
| Penpower VoiceWriter w/ 5x4 | 173 | 21 | $ 3,598 | 26 | $ 4,498 | 23 | $ 4,048 | 46 | $ 7,872 | 116 | $ 20,016 | |
| Penpower Handwriting  Jr. Aurora | 26.00 | 98 | $ 2,535 | 185 | $ 4,800 | 364 | $ 9,464 | 247 | $ 6,422 | 893 | $ 23,221 | |
| Penpower Handwriting  Jr. Silver Light | 25.00 | 910 | $ 22,750 | 1586 | $ 39,650 | 910 | $ 22,750 | 1201 | $ 30,030 | 4607 | $ 115,180 | |
| Penpower Handwriting  Mini | 28.00 | 0 | $ - | 0 | $ - | 0 | $ - | 56 | $ 1,565 | 56 | $ 1,565 | |
| Penpower Email Jr. Lulu | 23.00 | 688 | $ 15,824 | 0 | $ - | 0 | $ - | 0 | $ - | 688 | $ 15,824 | |
| PP Mini- ScanEye handheld Reader | 129 | 30 | $ 3,870 | 10 | $ 1,290 | 28 | $ 3,612 | 13 | $ 1,677 | 81 | $ 10,449 | |
| PP Super-ScanEye handheld Scanner | 212 | 112 | $ 23,744 | 10 | $ 2,120 | 5 | $ 1,060 | 6 | $ 1,272 | 133 | $ 28,196 | |
| WorldCard Office, PenPower | 44 | 2600 | $ 113,100 | 5000 | $ 217,500 | 1500 | $ 65,250 | 2310 | $ 100,485 | 11410 | $ 496,335 | |
| WorldCard Color, Penpower | 65 | 380 | $ 24,700 | 340 | $ 22,100 | 410 | $ 26,650 | 370 | $ 24,050 | 1500 | $ 97,500 | |
| WorldCard Duet | 0 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | |
| WorldCard Color Mini | 0 | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | 0 | $ - | |
| Penpower iVista WebCam | 28 | 80 | $ 2,240 | 0 | $ - | 0 | $ - | 0 | $ - | 80 | $ 2,240 | |
| PP OCR Pro w/ PP Jr handwriting | 160.00 | 6 | $ 960 | 3 | $ 480 | 6 | $ 960 | 7 | $ 1,120 | 22 | $ 3,520 | |
| **Total Penpower products** | | | **$ 229,695** | | **$313,894** | | **$ 154,913** | | **$191,984** | | **$ 890,486** | 0.48 |
| | | | | | | | | | | | | |
| **Non-Penpower products** | | | | | | | | | | | | |
| Chinese Fonts | 70 | 80 | $ 5,600 | 70 | $ 4,900 | 62 | $ 4,340 | 40 | $ 2,800 | 252 | $ 17,640 | |
| Chinese Larning sorftware | 87 | 54 | $ 4,698 | 32 | $ 2,784 | 57 | $ 4,959 | 56 | $ 4,872 | 199 | $ 17,313 | |
| Chinese dictionary | 72 | 24 | $ 1,728 | 37 | $ 2,664 | 20 | $ 1,440 | 38 | $ 2,736 | 119 | $ 8,568 | |
| TravelScan scanners | 108 | 122 | $ 13,176 | 140 | $ 15,120 | 126 | $ 13,608 | 169 | $ 18,252 | 557 | $ 60,156 | |
| Plustek OpticBook3600 | 202 | 170 | $ 34,340 | 140 | $ 28,280 | 206 | $ 41,612 | 206 | $ 41,612 | 722 | $ 145,844 | |
| Plustek OpticFilm7200 | 159 | 435 | $ 69,165 | 505 | $ 80,295 | 493 | $ 78,387 | 890 | $ 141,510 | 2323 | $ 369,357 | |
| Plustek OpticSlim M1 | 105 | 90 | $ 9,450 | 170 | $ 17,850 | 420 | $ 44,100 | 258 | $ 27,090 | 938 | $ 98,490 | |
| Security Products | 70 | 60 | $ 4,200 | 90 | $ 6,300 | 18 | $ 1,260 | 3 | $ 210 | 171 | $ 11,970 | |
| Translation software | 45 | 110 | $ 4,950 | 114 | $ 5,130 | 112 | $ 5,040 | 110 | $ 4,950 | 446 | $ 20,070 | |
| | | | | | | | | | | | | |
| **Total Non-penpower products** | | | **$ 147,307** | | **$163,323** | | **$ 194,746** | | **$244,032** | | **$ 749,408** | 0.52 |
| **Miscellaneous income** | | | **$ 44,329** | | **$ 72,819** | | **$ 58,555** | | **$ 56,330** | | **$ 232,033** | $ 981,441 |
| | | | | | | | | | | | | |
| **Grand total** | | | **$ 421,331** | | **$550,036** | | **$ 408,214** | | **$492,346** | | **$1,871,927** | |
| | | | | | | | | | | | | |
| **Total Profit** | | | **$ 159,801** | | **$156,580** | | **$ 166,765** | | **$181,389** | | **$ 664,535** | |

| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | Total |
|---|---|---|---|---|---|
| **Operating Expenses** | | | | | |
| *Sales & Marketing Expenses* | **64295** | **80141** | **56748.27** | **68012.69** | **310860.96** |
| Salary | 8800 | 10500 | 7257 | 9779 | 78000 |
| Payroll Taxes | 968 | 1159 | 798.27 | 1075.69 | 3996.96 |
| Advertising | 20239 | 29555 | 14675 | 26384 | 90853 |
| Tradeshows | 16500 | 15902 | 12655 | 9850 | 54907 |
| Meal and Entertainment | 425 | 1064 | 510 | 285 | 2284 |
| Travel | 1640 | 2485 | 1740 | 750 | 6615 |
| Telephone | 1000 | 1000 | 1000 | 1000 | 4000 |
| Freight Out | 19680 | 16800 | 15600 | 17835 | 69915 |
| Miscellaneous | -4957 | 1680 | 2513 | 1054 | 290 |
| *G & A* | **63952** | **77706** | **95831** | **81898** | **300734** |
| Utility | 673 | 376 | 674 | 630 | 2353 |
| Salary | 42100 | 47000 | 56672 | 49214 | 194986 |
| Payroll Taxes | 4631 | 5170 | 6234 | 5414 | 21448 |
| Office Supply | 2792 | 1145 | 1500 | 1500 | 6937 |
| Insurance | 328 | 328 | 328 | 1600 | 2584 |
| Legal & Accounting | 530 | 1071 | 4035 | 1340 | 6976 |
| Telephone | 362 | 355 | 337 | 410 | 1464 |
| Rent | 9111 | 9057 | 9363 | 9489 | 37020 |
| Postage | 120 | 86 | 100 | 103 | 409 |
| Health Insurance | 0 | 2882 | 3200 | 2660 | 8742 |
| Credit card and bank service | 3939 | 4240 | 4705.37 | 4638.93 | 17523.3 |
| commission and consulting | 4321.85 | 4316.34 | 6169.41 | 3846 | |
| Miscellaneous | -4956 | 1680 | 2513 | 1054 | 291 |
| *Sale Support, technical support* | **4017** | **9818** | **10092** | **10330** | **34257** |
| Salary | 6000 | 6000 | 5300 | 6700 | 24000 |
| Payroll Taxes | 660 | 660 | 583 | 737 | 2640 |
| Depreciation | 829 | 829 | 829 | 829 | 3316 |
| Telephone | 362 | 355 | 337 | 410 | 1464 |
| Shipping Supplies | 1122 | 294 | 530 | 600 | 2546 |
| Miscellaneous | -4956 | 1680 | 2513 | 1054 | 291 |
| | | | | | |
| **Total Operating Expenses** | **$ 132,264** | **$167,665** | **$ 162,671** | **$160,241** | **$ 622,841** |
| | | | | | |
| *Income (Loss) before tax* | **$ 27,537** | **-$ 11,085** | **$ 4,094** | **$ 21,148** | **$ 41,694** |

# Penpower Inc. 2006

| | Average selling price | First Quarter Units | Qaurter Total | Second Quarter Units | Qaurter Total | Third Quarter Units | Qaurter Total | Fouth Quarter Units | Qaurter Total | Total Units | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PenPower Products** | | | | | | | | | | | | |
| PP handwriting USB 5x4 Wacom | 90.00 | 88 | $ 7,920 | 88 | $ 7,920 | 94 | $ 8,415 | 99 | $ 8,910 | 369 | $ 33,165 | |
| PP Handwriting w/ 3x2 Wacom | 65 | 110 | $ 7,150 | 99 | $ 6,435 | 110 | $ 7,150 | 121 | $ 7,865 | 440 | $ 28,600 | |
| Penpower VoiceWriter w/ 5x4 | 150 | 22 | $ 3,300 | 22 | $ 3,300 | 22 | $ 3,300 | 28 | $ 4,125 | 94 | $ 14,025 | |
| Penpower Handwriting Jr. Aur | 20.00 | 28 | $ 550 | 28 | $ 550 | 28 | $ 550 | 28 | $ 550 | 110 | $ 2,200 | |
| Penpower Handwriting Jr. Silv | 20.00 | 1320 | $ 26,400 | 1100 | $ 22,000 | 1100 | $ 22,000 | 1320 | $ 26,400 | 4840 | $ 96,800 | |
| Penpower Handwriting Mini | 27.00 | 550 | $ 14,850 | 1100 | $ 29,700 | 1100 | $ 29,700 | 1650 | $ 44,550 | 4400 | $ 118,800 | |
| PP Mini- ScanEye handheld Rea | 80 | 30 | $ 2,400 | 20 | $ 1,600 | 23 | $ 1,840 | 25 | $ 2,000 | 98 | $ 7,840 | |
| PP Super-ScanEye handheld Sc | 170 | 30 | $ 5,100 | 25 | $ 4,250 | 30 | $ 5,100 | 35 | $ 5,950 | 120 | $ 20,400 | |
| WorldCard Office, PenPower | 40 | 3000 | $ 120,000 | 2500 | $ 100,000 | 3000 | $ 120,000 | 3500 | $ 140,000 | 12000 | $ 480,000 | |
| WorldCard Color, Penpower | 65 | 460 | $ 29,900 | 400 | $ 26,000 | 400 | $ 26,000 | 450 | $ 29,250 | 1710 | $ 111,150 | |
| WorldCard Duet | 35 | 300 | $ 10,500 | 500 | $ 17,500 | 1000 | $ 35,000 | 1500 | $ 52,500 | 3300 | $ 115,500 | |
| WorldCard Color Mini | 65 | 300 | $ 19,500 | 1000 | $ 65,000 | 1000 | $ 65,000 | 1500 | $ 97,500 | 3800 | $ 247,000 | |
| PP OCR Pro w/ PP Jr handwritin | 50.00 | 30 | $ 1,500 | 30 | $ 1,500 | 30 | $ 1,500 | 30 | $ 1,500 | 120 | $ 6,000 | |
| **Total Penpower products** | | | $ 249,070 | | $285,755 | | $325,555 | | $421,100 | | $1,281,480 | 0.61 |
| **Non-Penpower products** | | | | | | | | | | | | |
| Chinese Fonts | 70 | 75 | $ 5,250 | 75 | $ 5,250 | 75 | $ 5,250 | 75 | $ 5,250 | 300 | $ 21,000 | |
| Chinese Larning sorftware | 80 | 60 | $ 4,800 | 60 | $ 4,800 | 60 | $ 4,800 | 60 | $ 4,800 | 240 | $ 19,200 | |
| Chinese dictionary | 40 | 35 | $ 1,400 | 30 | $ 1,200 | 30 | $ 1,200 | 35 | $ 1,400 | 130 | $ 5,200 | |
| TravelScan scanners | 90 | 160 | $ 14,400 | 100 | $ 9,000 | 160 | $ 14,400 | 180 | $ 16,200 | 600 | $ 54,000 | |
| Plustek OpticBook3600 | 180 | 230 | $ 41,400 | 200 | $ 36,000 | 200 | $ 36,000 | 250 | $ 45,000 | 880 | $ 158,400 | |
| Plustek OpticFilm7200 | 130 | 650 | $ 84,500 | 600 | $ 78,000 | 600 | $ 78,000 | 700 | $ 91,000 | 2550 | $ 331,500 | |
| Plustek OpticSlim M1 | 90 | 350 | $ 31,500 | 300 | $ 27,000 | 300 | $ 27,000 | 350 | $ 31,500 | 1300 | $ 117,000 | |
| Security Products | 70 | 55 | $ 3,850 | 50 | $ 3,500 | 50 | $ 3,500 | 50 | $ 3,500 | 205 | $ 14,350 | |
| Translation software | 45 | 320 | $ 14,400 | 300 | $ 13,500 | 300 | $ 13,500 | 300 | $ 13,500 | 1220 | $ 54,900 | |
| **tal Non-penpower products** | | | $ 201,500 | | $178,250 | | $183,650 | | $212,150 | | $ 775,550 | 0.39 |
| **Miscellaneous income** | | | $ 15,000 | | $ 15,000 | | $ 15,000 | | $ 15,000 | | $ 60,000 | $835,550 |
| **Grand total** | | | $ 465,570 | | $479,005 | | $524,205 | | $648,250 | | $2,117,030 | |
| **Total Profit (with Profit margin 35%)** | | | $ 162,950 | | $167,652 | | $183,472 | | $226,888 | | $ 740,961 | |

| Operating Expenses | First Quarter | Second Quarter | Third Quarter | Fouth Quarter | Total |
|---|---|---|---|---|---|
| **Sales & Marketing Expenses** | 81350 | 81350 | 91340 | 91340 | 345380 |
| Salary | 15000 | 15000 | 24000 | 24000 | 78000 |
| Payroll Taxes | 1650 | 1650 | 2640 | 2640 | 8580 |
| Advertising | 35000 | 35000 | 35000 | 35000 | 140000 |
| Tradeshows | 4500 | 4500 | 4500 | 4500 | 18000 |
| Meal and Entertainment | 600 | 600 | 600 | 600 | 2400 |
| Travel | 3000 | 3000 | 3000 | 3000 | 12000 |
| Telephone | 600 | 600 | 600 | 600 | 2400 |
| Freight Out | 18000 | 18000 | 18000 | 18000 | 72000 |
| Miscellaneous | 3000 | 3000 | 3000 | 3000 | 12000 |
| **G & A** | 68270 | 67270 | 67270 | 68270 | 271080 |
| Utility | 720 | 720 | 720 | 720 | 2880 |
| Salary | 41001 | 41001 | 41001 | 41001 | 164004 |
| Payroll Taxes | 4510 | 4510 | 4510 | 4510 | 18040 |
| Office Supply | 300 | 300 | 300 | 300 | 1200 |
| Insurance | 600 | 600 | 600 | 600 | 2400 |
| Legal & Accounting | 3000 | 3000 | 3000 | 3000 | 12000 |
| Telephone | 300 | 300 | 300 | 300 | 1200 |
| Rent | 9489 | 9489 | 9489 | 9489 | 37956 |
| Postage | 150 | 150 | 150 | 150 | 600 |
| Health Insurance | 4200 | 4200 | 4200 | 4200 | 16800 |
| Miscellaneous | 4000 | 3000 | 3000 | 4000 | 14000 |
| **Sale Support, technical support** | 11226 | 11226 | 11226 | 11226 | 44904 |
| Salary | 6600 | 6600 | 6600 | 6600 | 26400 |
| Payroll Taxes | 726 | 726 | 726 | 726 | 2904 |
| Depreciation | 1500 | 1500 | 1500 | 1500 | 6000 |
| Telephone | 300 | 300 | 300 | 300 | 1200 |
| Shipping Supplies | 600 | 600 | 600 | 600 | 2400 |
| Miscellaneous | 1500 | 1500 | 1500 | 1500 | 6000 |
| **Total Operating Expenses** | $ 160,846 | $159,846 | $169,836 | $170,836 | $ 661,364 |
| **Income (Loss) before tax** | $ 2,103 | $ 7,806 | $ 13,636 | $ 56,051 | $ 79,596 |

# Penpower Inc. 2007 Forecast

1.7

| | Average selling price | First Quarter Units | Qaurter Total | Second Quarter Units | Qaurter Total | Third Quarter Units | Qaurter Total | Fouth Quarter Units | Qaurter Total | Total Units | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PenPower Products** | | | | | | | | | | | |
| PP handwriting USB ! | 90.00 | 255 | $ 22,950 | 255 | $ 22,950 | 255 | $ 22,950 | 255 | $ 22,950 | 1,020 | $ 91,800 |
| PP Handwriting w/ 3> | 65 | 255 | $ 16,575 | 255 | $ 16,575 | 255 | $ 16,575 | 255 | $ 16,575 | 1020 | $ 66,300 |
| Penpower VoiceWrite | 150 | 68 | $ 10,200 | 68 | $ 10,200 | 68 | $ 10,200 | 68 | $ 10,200 | 272 | $ 40,800 |
| Penpower Handwritir | 24.00 | 2550 | $ 61,200 | 2040 | $ 48,960 | 2040 | $ 48,960 | 2550 | $ 61,200 | 9180 | $ 220,320 |
| PP Mini- ScanEye har | 100 | 100 | $ 10,000 | 100 | $ 10,000 | 100 | $ 10,000 | 100 | $ 10,000 | 400 | $ 40,000 |
| PP Super-ScanEye ha | 170 | 50 | $ 8,500 | 50 | $ 8,500 | 50 | $ 8,500 | 50 | $ 8,500 | 200 | $ 34,000 |
| WorldCard Office, Pe | 70 | 500 | $ 35,000 | 500 | $ 35,000 | 500 | $ 35,000 | 500 | $ 35,000 | 2000 | $ 140,000 |
| WorldCard Color, Per | 110 | 1000 | $ 110,000 | 1000 | $ 110,000 | 1000 | $ 110,000 | 1000 | $ 110,000 | 4000 | $ 440,000 |
| WorldCard duet | 60 | 300 | $ 18,000 | 300 | $ 18,000 | 300 | $ 18,000 | 300 | $ 18,000 | 1200 | $ 72,000 |
| WorldCard Mobile | 25 | 100 | $ 2,500 | 100 | $ 2,500 | 100 | $ 2,500 | 200 | $ 5,000 | 500 | $ 12,500 |
| PP OCR Pro w/ PP Jr | 90.00 | 10 | $ 900 | 10 | $ 900 | 10 | $ 900 | 10 | $ 900 | 40 | $ 3,600 |
| **Penpower products** | | | **$ 295,825** | | **$ 283,585** | | **$283,585** | | **$298,325** | | **$1,161,320** | 0.80 |
| **Non-Penpower products** | | | | | | | | | | | |
| Chinese Fonts | 70 | 50 | $ 3,500 | 50 | $ 3,500 | 50 | $ 3,500 | 50 | $ 3,500 | 200 | $ 14,000 |
| Chinese Learning sor | 80 | 60 | $ 4,800 | 60 | $ 4,800 | 60 | $ 4,800 | 60 | $ 4,800 | 240 | $ 19,200 |
| Chinese dictionary | 60 | 90 | $ 5,400 | 90 | $ 5,400 | 90 | $ 5,400 | 90 | $ 5,400 | 360 | $ 21,600 |
| PrimeFilm 3650u* | 240 | 60 | $ 14,400 | 60 | $ 14,400 | 60 | $ 14,400 | 60 | $ 14,400 | 240 | $ 57,600 |
| Syscan scanners | 100 | 160 | $ 16,000 | 100 | $ 10,000 | 160 | $ 16,000 | 180 | $ 18,000 | 600 | $ 60,000 |
| Plustek OpticBook36( | 200 | 100 | $ 20,000 | 0 | $ - | 0 | $ - | 0 | $ - | 100 | $ 20,000 |
| Plustek OpticBook36( | 250 | 30 | $ 7,500 | 0 | $ - | 0 | $ - | 0 | $ - | 30 | $ 7,500 |
| Plustek OpticSlim M1 | 90 | 200 | $ 18,000 | 0 | $ - | 0 | $ - | 0 | $ - | 200 | $ 18,000 |
| Translation software | 45 | 100 | $ 4,500 | 100 | $ 4,500 | 100 | $ 4,500 | 100 | $ 4,500 | 400 | $ 18,000 |
| **Penpower products** | | | **$ 94,100** | | **$ 42,600** | | **$ 48,600** | | **$ 50,600** | | **$ 235,900** | 0.20 |
| **iscellaneous income** | | | **$ 15,000** | | **$ 15,000** | | **$ 15,000** | | **$ 15,000** | | **$ 60,000** | $ 295,900 |
| **Grand total** | | | **$ 404,925** | | **$ 341,185** | | **$347,185** | | **$363,925** | | **$1,457,220** | |
| **Total Profit**<br>(50% for PP products, 30% for others) | | | **$ 180,643** | | **$ 159,073** | | **$160,873** | | **$168,843** | | **$ 669,430** | |

| Operating Expenses | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | Total |
|---|---|---|---|---|---|
| **Sales & Marketing Expenses** | **77470** | **77470** | **77470** | **77470** | **309880** |
| Salary | 12000 | 12000 | 12000 | 12000 | 48000 |
| Payroll Taxes | 1320 | 1320 | 1320 | 1320 | 5280 |
| Advertising | 45000 | 45000 | 45000 | 45000 | 180000 |
| Tradeshows | 4500 | 4500 | 4500 | 4500 | 18000 |
| Meal and Entertainment | 500 | 500 | 500 | 500 | 2000 |
| Travel | 1500 | 1500 | 1500 | 1500 | 6000 |
| Telephone | 650 | 650 | 650 | 650 | 2600 |
| Freight Out | 9000 | 9000 | 9000 | 9000 | 36000 |
| Miscellaneous | 3000 | 3000 | 3000 | 3000 | 12000 |
| **G & A** | **67378** | **67378** | **67378** | **67378** | **269512** |
| Utility | 720 | 720 | 720 | 720 | 2880 |
| Salary | 37800 | 37800 | 37800 | 37800 | 151200 |
| Payroll Taxes | 4158 | 4158 | 4158 | 4158 | 16632 |
| Office Supply | 1000 | 1000 | 1000 | 1000 | 4000 |
| Insurance | 1000 | 1000 | 1000 | 1000 | 4000 |
| Legal & Accounting | 1000 | 1000 | 1000 | 1000 | 4000 |
| Telephone | 300 | 300 | 300 | 300 | 1200 |
| Rent | 10000 | 10000 | 10000 | 10000 | 40000 |
| Postage | 100 | 100 | 100 | 100 | 400 |
| Health Insurance | 3000 | 3000 | 3000 | 3000 | 12000 |
| 401(k) | 1800 | 1800 | 1800 | 1800 | 7200 |
| it Card Service Charge | 3500 | 3500 | 3500 | 3500 | 14000 |
| Miscellaneous | 3000 | 3000 | 3000 | 3000 | 12000 |
| **Sale Support, technical support** | **11125** | **11125** | **11125** | **11125** | **44500** |
| Salary | 7500 | 7500 | 7500 | 7500 | 30000 |
| Payroll Taxes | 825 | 825 | 825 | 825 | 3300 |
| Depreciation | 1500 | 1500 | 1500 | 1500 | 6000 |
| Telephone | 500 | 500 | 500 | 500 | 2000 |
| Shipping Supplies | 600 | 600 | 600 | 600 | 2400 |
| Miscellaneous | 200 | 200 | 200 | 200 | 800 |
| **Total Operating Expenses** | **$ 155,973** | **$ 155,973** | **$155,973** | **$155,973** | **$ 623,892** |
| **Income (Loss) before tax** | **$ 24,670** | **$ 3,100** | **$ 4,900** | **$ 12,870** | **$ 45,538** |
| monthly | | | | | 3,794.83 |

# items are overstocked

**Penpower 2008 Forecast**

| | Average selling price | First Quarter Units | Quarter Total | Second Quarter Units | Quarter Total | Third Quarter Units | Quarter Total | Fouth Quarter Units | Quarter Total | Un | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PenPower Products** | | | | | | | | | | | |
| ***Chinese Retail Market*** | | | | | | | | | | | |
| Handwirting 5x4 | 95.00 | 72 | $ 6,840 | 72 | $ 6,840 | 72 | $ 6,840 | 72 | $ 6,840 | | $ 27,360 |
| Handwriting 3x2 | 64.00 | 108 | $ 6,912 | 108 | $ 6,912 | 108 | $ 6,912 | 108 | $ 6,912 | | $ 27,648 |
| Tooya Pro | 102.00 | 129 | $ 13,158 | 129 | $ 13,158 | 129 | $ 13,158 | 129 | $ 13,158 | | $ 52,632 |
| Penpower Jr. Diamond | 25.00 | 1689 | $ 42,225 | 1689 | $ 42,225 | 1689 | $ 42,225 | 1689 | $ 42,225 | | $ 168,900 |
| Carefree Pen | 44.00 | 144 | $ 6,336 | 144 | $ 6,336 | 144 | $ 6,336 | 144 | $ 6,336 | | $ 25,344 |
| RF Jr. Wireless | 50.00 | 168 | $ 8,400 | 168 | $ 8,400 | 168 | $ 8,400 | 168 | $ 8,400 | | $ 33,600 |
| Mini Scaneye II | 97.00 | 36 | $ 3,492 | 36 | $ 3,492 | 36 | $ 3,492 | 36 | $ 3,492 | | $ 13,968 |
| Super Scaneye | 153.00 | 54 | $ 8,262 | 54 | $ 8,262 | 54 | $ 8,262 | 54 | $ 8,262 | | $ 33,048 |
| Chinese Trade Show | | | 5,000 | | 10,000 | | | | | | $ 15,000 |
| Internet Sales | | | 11703 | | 11703 | | 11703 | | 11703 | | 46812 |
| Sub-total: | | | $ 112,328 | | $ 117,328 | | $ 107,328 | | $ 107,328 | | $ 444,312 |
| | | | | | | | | | | | |
| ***Education Market*** | | | | | | | | | | | |
| PCE (writing pad) - Education | 103.96 | 60 | $ 6,238 | 120 | $ 12,475 | 240 | $ 24,950 | 270 | $ 28,069 | | $ 71,732 |
| PCE (pen scanner) - Education | 159.96 | 150 | $ 23,994 | 210 | $ 33,592 | 420 | $ 67,183 | 480 | $ 76,781 | | $ 201,550 |
| Sub-total: | | | $ 30,232 | | $ 46,067 | | $ 92,134 | | $ 104,850 | | $ 273,282 |
| | | | | | | | | | | | |
| ***Main Stream Market*** | | | | | | | | | | | |
| Worldcard Color - Dave | 110.96 | 260 | $ 28,850 | 280 | $ 31,069 | 280 | $ 31,069 | 290 | $ 32,178 | | $ 123,166 |
| Worldcard Ultra - Dave | 179.96 | 240 | $ 43,190 | 250 | $ 44,990 | 250 | $ 44,990 | 280 | $ 50,389 | | $ 183,559 |
| Worldcard Office- Dave | 84.97 | 100 | $ 8,497 | 110 | $ 9,347 | 100 | $ 8,497 | 120 | $ 10,196 | | $ 36,537 |
| Tooya Pro - Dave | 149.56 | 225 | $ 33,651 | 285 | $ 42,625 | 285 | $ 42,625 | 300 | $ 44,868 | | $ 163,768 |
| Worldcard Color | 89.40 | 280 | $ 25,032 | 280 | $ 25,032 | 280 | $ 25,032 | 290 | $ 25,926 | | $ 101,022 |
| Worldcard Ultra | 139.99 | 80 | $ 11,199 | 100 | $ 13,999 | 100 | $ 13,999 | 120 | $ 16,799 | | $ 55,996 |
| Worldcard Office | 84.97 | 45 | $ 3,824 | 55 | $ 4,673 | 55 | $ 4,673 | 65 | $ 5,523 | | $ 18,693 |
| Tooya Pro | 118.95 | 123 | $ 14,631 | 150 | $ 17,843 | 150 | $ 17,843 | 180 | $ 21,411 | | $ 71,727 |
| Worldcard office - Duty Free Store | 64.99 | 0 | $ - | 150 | $ 9,749 | 150 | $ 9,749 | 150 | $ 9,749 | | $ 29,246 |
| Worldcard Ultra - Trade show | 149.00 | 0 | $ - | 0 | $ - | 0 | | 190 | $ 28,310 | | $ 28,310 |
| Internet Sales | | | 8,628 | | 8,628 | | 8,628 | | 8,628 | | $ 34,512 |
| Sub-total: | | | $ 177,502 | | $ 207,953 | | $ 207,104 | | $ 253,977 | | $ 846,536 |
| | | | | | | | | | | | |
| ***Canada Market*** | | | | | | | | | | | |
| Handwriting 504 | 56.00 | 16 | $ 896 | 8 | $ 448 | 16 | $ 896 | 8 | $ 448 | | $ 2,688 |
| Handwriting 403 | 40.00 | 28 | $ 1,120 | 14 | $ 560 | 28 | $ 1,120 | 14 | $ 560 | | $ 3,360 |
| Handwriting 302 | 37.00 | 16 | $ 592 | 8 | $ 296 | 16 | $ 592 | 8 | $ 296 | | $ 1,776 |
| RF Jr. Wireless | 35.00 | 40 | $ 1,400 | 20 | $ 700 | 40 | $ 1,400 | 20 | $ 700 | | $ 4,200 |
| Carefree Pen | 30.00 | 24 | $ 720 | 12 | $ 360 | 24 | $ 720 | 12 | $ 360 | | $ 2,160 |
| Diamond Jr. | 15.00 | 600 | $ 9,000 | 300 | $ 4,500 | 600 | $ 9,000 | 300 | $ 4,500 | | $ 27,000 |
| Silver Light Jr. | 15.00 | 200 | $ 3,000 | 100 | $ 1,500 | 200 | $ 3,000 | 100 | $ 1,500 | | $ 9,000 |
| Mini Scaneye II | 75.00 | 16 | $ 1,200 | 8 | $ 600 | 16 | $ 1,200 | 8 | $ 600 | | $ 3,600 |
| Super Scaneye | 130.00 | 16 | $ 2,080 | 8 | $ 1,040 | 16 | $ 2,080 | 8 | $ 1,040 | | $ 6,240 |
| Worldcard office | 52.00 | 48 | $ 2,496 | 24 | $ 1,248 | 48 | $ 2,496 | 24 | $ 1,248 | | $ 7,488 |
| Worldcard Color | 79.00 | 36 | $ 2,844 | 18 | $ 1,422 | 36 | $ 2,844 | 18 | $ 1,422 | | $ 8,532 |
| Worldcard Ultra | 129.97 | 48 | $ 6,239 | 24 | $ 3,119 | 48 | $ 6,239 | 24 | $ 3,119 | | $ 18,716 |
| Sub-total: | | | $ 31,587 | | $ 15,793 | | $ 31,587 | | $ 15,793 | | $ 94,760 |
| | | | | | | | | | | | |
| **Total Penpower products** | | | $ 351,648 | | $ 387,142 | | $ 438,152 | | $ 481,948 | | $ 1,658,890 | 81.38% |
| | | | | | | | | | | | |
| **Non-Penpower products** | | | | | | | | | | | |
| DocketPort 465 | $120.00 | 600 | $ 72,000 | 660 | $ 79,200 | 630 | $ 75,600 | 750 | $ 90,000 | | $ 316,800 |
| DocketPort 665 | $110.00 | 90 | $ 9,900 | 150 | $ 16,500 | 150 | $ 16,500 | 180 | $ 19,800 | | $ 62,700 |
| | | | | | | | | | | | |
| **Total Non-penpower products** | | | $ 81,900 | | $ 95,700 | | $ 92,100 | | $ 109,800 | | $ 379,500 | 18.62% |
| | | | | | | | | | | | |
| **Grand total** | | | $ 433,548 | | $ 482,842 | | $ 530,252 | | $ 591,748 | | $ 2,038,390 | 100.00% |
| | | | | | | | | | | | |
| **Total Profit** | | | $ 197,456 | | $ 219,323 | | $ 242,548 | | $ 269,765 | | $ 929,092 | |
| (48% for PP products, 35% for others) | | | | | | | | | | | |

| **Operating Expenses** | | | | |
|---|---|---|---|---|
| ***Sales & Marketing Expenses*** | 105,614 | 123,564 | 100,114 | 108,364 | 437,656 |
| Salary | 25,800 | 25,800 | 25,800 | 25,800 | 103,200 |
| Payroll Taxes | 2,322 | 2,322 | 2,322 | 2,322 | 9,288 |
| Marketing | 55,052 | 54,052 | 54,052 | 53,852 | 217,008 |
| Tradeshows | 6,000 | 24,950 | 1,500 | 9,950 | 42,400 |
| Meal and Entertainment | 500 | 500 | 500 | 500 | 2,000 |
| Travel | 2,500 | 2,500 | 2,500 | 2,500 | 10,000 |
| Telephone | 1,440 | 1,440 | 1,440 | 1,440 | 5,760 |
| Freight Out | 9,000 | 9,000 | 9,000 | 9,000 | 36,000 |
| Miscellaneous | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 |
| | | | | | |
| ***G & A*** | 73,884 | 74,084 | 74,384 | 74,784 | 297,136 |
| Utility | 1,070 | 1,070 | 1,070 | 1,070 | 4,280 |
| Salary | 42,600 | 42,600 | 42,600 | 42,600 | 170,400 |
| Payroll Taxes | 3,834 | 3,834 | 3,834 | 3,834 | 15,336 |
| Office Supply | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 |
| Insurance | 900 | 900 | 900 | 900 | 3,600 |
| Depreciation | 5,400 | 5,400 | 5,400 | 5,400 | 21,600 |
| Legal & Accounting | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 |
| Telephone | 480 | 480 | 480 | 480 | 1,920 |
| Property Taxes | 3,000 | 3,000 | 3,000 | 3,000 | 12,000 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Condo Association Fee | | 1,500 | | 1,500 | | 1,500 | | 1,500 | **6,000** |
| Postage | | 100 | | 100 | | 100 | | 100 | **400** |
| Health Insurance | | 4,200 | | 4,200 | | 4,200 | | 4,200 | **16,800** |
| 401(k) | | 1,300 | | 1,500 | | 1,800 | | 2,200 | **6,800** |
| Credit Card Service Charge | | 4,500 | | 4,500 | | 4,500 | | 4,500 | **18,000** |
| Miscellaneous | | 3,000 | | 3,000 | | 3,000 | | 3,000 | **12,000** |
| | | | | | | | | | |
| *Sale Support, technical support* | | **10,286** | | **21,731** | | **21,731** | | **21,731** | **75,479** |
| Salary | | 8,400 | | 18,900 | | 18,900 | | 18,900 | **65,100** |
| Payroll Taxes | | 756 | | 1,701 | | 1,701 | | 1,701 | **5,859** |
| Telephone | | 480 | | 480 | | 480 | | 480 | **1,920** |
| Shipping Supplies | | 450 | | 450 | | 450 | | 450 | **1,800** |
| Miscellaneous | | 200 | | 200 | | 200 | | 200 | **800** |
| | | | | | | | | | |
| **Total Operating Expenses** | $ | **189,784** | $ | **219,379** | $ | **196,229** | $ | **204,879** | $ **810,271** |
| | | | | | | | | | |
| *Income (Loss) before tax* | $ | **7,672** | -$ | **56** | $ | **46,319** | $ | **64,886** | $ **118,821** |
| monthly | | | | | | | | | **9,901.75** |