## DAMAGES SUSTAINED BY PENPOWER TECHNOLOGY LTD.

Penpower, Inc. ("PI"), a California corporation, is a 100% owned subsidiary of Penpower Technology Ltd. ("HQ"), a Taiwan corporation. PI is an independent cost center and purchases products from HQ based on the agreed transfer price.

The following table illustrated the HQ's actual loss of gross income due to defendants' infringement activities and sales of counterfeit products.

$56,527 and $169,072 were the losses of gross-income of PI for the year of 2005 and 2006.

The cost for PI was the average of 55% and the gross-profit margin was at 45%. Based on this formula, the costs of PI for the year of 2005 and 2006 were $31,145 and $99,920.00.

The average gross-profit margin rates of 63.59% and 59.55% for HQ's accounting year of 2005 and 2006 were derived from the analysis of HQ's internal financial statement.

By applying HQ's gross-profit margin rates to PI's losses of gross-income, HQ has also sustained losses of gross-profit in the sum of $19,805 and $55,375 for the year of 2005 and 2006, and such losses were caused by defendants' infringement activities and sales of counterfeit products in US.

| year | | 2005 | 2006 | 2007 | 2008 | |
|---|---|---|---|---|---|---|
| Penpower, Inc. | Sales | 56,627 | 169,072 | | | |
| | Cost(Margin 45%) | 31,145 | 92,990 | | | |
| HQ | Margin rate | 63.59% | 59.55% | | | |
| | Margin | 19,805 | 55,375 | | | 75,180 |