YUNG MING CHOU, ESQ (SBN 172118)
39111 Paseo Padre Parkway, Suite 207
Fremont, CA 94538
Tel.: (510) 713-8698
Fax: (510) 713-8690
E-Mail: chouyung@aol.com

Attorney for Plaintiffs
PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PENPOWER TECHNOLOGY LTD. & PENPOWER, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>S.P.C. TECHNOLOGY, GLZ SERVICE INC., PC MOBILE STATION.COM CORP., JNB GROUP INC., HERBET LIN d.b.a. ALL TECH COMPUTER, IVY LIN d.b.a. IVY COMPUTERS, INC., ELITE NETWORK COMPUTER, INC., ANDY CHEN d.b.a. DRIFTING COMPUTER, JACK WANG d.b.a. SHENZHOU COMPUTER MALL INC., TONY CHANG d.b.a. AZIANEAGLE,, AND NEW YORK COMPUTER SUPPLY INC.,<br><br>Defendants. | Case No.: CV 07-03621 JL<br><br>AFFIDAVIT OF YUNG-MING CHOU IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT<br><br>[Fed. R. Civ. P. Rule 55(b)(2)] |

I, Yung-Ming Chou, declare,

1. I am the attorney of record for plaintiffs Penpower Technology Ltd. and Penpower, Inc.

2. I am over 18 years of age. My business address is located at 39111 Paseo Padre Parkway, #207, Fremont, CA 94538. I am fully competent to make this affidavit and I have personal knowledge of the facts set forth herein and I would competently testify thereto if

called as a witness.

3. The legal statement showing the actual time that I have spent in this case up to date is attached hereto as Exhibit A and made a part hereof. The total attorney fees incurred up to date is $16,497.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 24, 2008

/s/ Yung-Ming Chou
Yung-Ming Chou

**EXHIBIT A**

**LEGAL STATEMENT**

Billing Rate: 2007: $250/hour (Court); $225/hour (Office); $115/hour (Travel)
2008: $250/hour (Court & Office); $150/hour (Travel)

3/7/07 Office conference with Debra Shih and DP Deng regarding trademark and copyright infringement
Time: 0.9 hour (Office) Fee: $202.50

3/9/07 Download and review e-mails and files from Debra regarding copyright infringement
Time: 0.8 hour (Office) Fee: $180.00

Telephone conference with Debra regarding reporting to FBI, review e-mail from DP Deng and draft reply regarding trademark prosecution
Time: 0.2 hour (Office) Fee: $45.00

3/20/07 Review e-mail from DP, office conference with Debra and DP regarding counterfeit products purchased from NY and telephone conference with FBI San Jose regarding the same
Time: 0.5 hour (Office) Fee: $112.50

3/21/07 Travel to/from FBI in Campbell
Time: 1.1 hours (Travel) Fee: $126.50

Meeting with Debra and DP and FBI agents regarding counterfeit products sold in New York
Time: 1.6 hours (Office) Fee: $360.00

Review e-mail from DP regarding NY infringer and draft reply e-mail
Time: 0.1 hour (Office) Fee: $22.50

3/22/07 Review e-mail from DP regarding infringers and their websites and draft reply e-mail, and telephone conference with Will Ng of FBI regarding US Customs' handling the case
Time: 0.2 hour (Office) Fee: $45.00

3/23/07 Telephone conference with Debra regarding attorney letter to infringers
Time: 0.1 hour (Office) Fee: $22.50

3/28/07 Draft attorney letter and agreement to cease and desist to counterfeiters, draft e-mail to DP, telephone conference with DP regarding the attorney letter, revise the letter and send to counterfeiters
Time: 3.2 hours (Office) Fee: $720.00

3/29/07 Telephone conference with FBI regarding prosecution against counterfeiters, draft e-mail to Link Smart and draft e-mail to DP and Debra regarding report crime to San Jose Police, and telephone conference with FBI

| | |
|---|---|
| | Time: 0.2 hour (Office) Fee: $45.00 |
| 3/30/07 | Review e-mails from DP and Debra regarding infringers in NY, and draft reply e-mails<br>Time: 0.4 hour (Office) Fee: $90.00 |
| 4/2/07 | Telephone conference with infringers regarding no-sale of counterfeit products<br>Time: 0.1 hour (Office) Fee: $22.50 |
| | Revise and prepare attorney letter to 2 infringers in NY<br>Time: 0.9 hour (Office) Fee: $202.50 |
| 4/3/07 | Review e-mail from infringer, draft e-mail to Debra and DP regarding mailing list of counterfeiters<br>Time: 0.3 hour (Office) Fee: $67.50 |
| 4/4/07 | Telephone conference with infringer's counsel regarding infringement and draft e-mail to DP and Debra<br>Time: 0.3 hour (Office) Fee: $67.50 |
| | Telephone conference with FBI and draft e-mail to Debra and DP regarding infringer<br>Time: 0.2 hour (Office) Fee: $45.00 |
| 4/5/07 | Review letters from infringers, telephone conference with infringers and draft e-mail to DP and Debra regarding the same, review fax from infringer and telephone conference with Debra regarding the same<br>Time: 0.5 hour (Office) Fee: $112.50 |
| 4/6/07 | Review e-mails from DP and Debra, draft attorney letters to infringers, review fax from infringers, and telephone conference with DP, and draft e-mails to Debra regarding infringers<br>Time: 0.6 hour (Office) Fee: $135.00 |
| 4/10/07 | Review e-mail and invoice from infringer and draft e-mail to Debra and DP regarding infringer, telephone conference with infringer regarding Penpower products and telephone conference with DP regarding infringers<br>Time: 0.3 hour (Office) Fee: $67.50 |
| 4/11/07 | Review e-mails from DP regarding infringer, draft reply e-mails regarding NY infringers, review e-mails from DP and Debra regarding infringers, telephone conference with infringer, review agreement from infringer and draft e-mails to DP and Debra regarding NY infringers, and draft letter to infringer<br>Time: 0.7 hour (Office) Fee: $157.50 |
| 4/16/07 | Review e-mails from Notebook Outlet, and forward the same to DP and Debra, review agreement signed from infringers and fax the same to DP<br>Time: 0.3 hour (Office) Fee: $67.50 |
| 4/17/07 | Review e-mails from DP and Debra regarding NY infringers and Copyright and trademark registration, draft reply e-mails to DP and Debra, online search Penpower's trademark registration, draft letters to infringer's counsel, review letter from infringer and forward it to DP, and draft e-mail to DP regarding the same |

Time:1.4 hours (Office) Fee: $315.00

4/18/07 Review e-mail and agreement from infringer and draft e-mail to DP regarding the same
Time: 0.1 hour (Office) Fee: $22.50

4/24/07 Review e-mail from infringer and draft e-mail to DP and Debra
Time: 0.1 hour (Office) Fee: $22.50

4/26/07 Draft e-mail to infringer regarding agreement, telephone conference with infringer's counsel and draft e-mail to DP and Debra regarding the same
Time: 0.1 hour (Office) Fee: $22.50

4/30/07 Review letter from infringer and fax to DP
Time: 0.05 hour (Office) Fee: No Charge

5/2/07 Review e-mail from infringer and forward it to DP and Debra for verification
Time: 0.05 hour (Office) Fee: No Charge

5/3/07 Review e-mail from Debbie regarding infringer and draft reply e-mail
Time; 0.1 hour (Office) Fee: $22.50

5/14/07 Review letter from infringer and agreement from infringer and forward the same to DP
Time: 0.1 hour (Office) Fee: $22.50

5/25/07 Review email from DP regarding reporting to police and draft reply
Time: 0.1 hour (Office) Fee: $22.50

5/28/07 Review e-mail from infringer's counsel regarding release, revise the same and e-mail to infringer's counsel
Time: 0.4 hour (Office) Fee: $90.00

6/4/07 Review e-mails from infringer, forward the same to DP and Debra, and draft reply e-mail to infringer's counsel
Time: 0.3 hour (Office) Fee: $67.50

6/19/07 Review emails and telephone message from DP and Debra, telephone message to DP and draft email to DP and Debra regarding venue issue in filing suit against NY infringers
Time: 0.5 hour (Office) Fee: $112.50

6/22/07 Review emails from DP and Debra and draft reply emails regarding lawsuit
Time: 0.3 hour (Office) Fee: $67.50

6/28/07 Review emails from DP and Debra regarding copyright and NYPD involvement, and draft reply email
Time: 0.1 hour (Office) Fee: $22.50

6/29/07 Office conference with DP and Debra regarding counterfeit products and lawsuit against infringers
Time: 0.7 hour (Office) Fee: $157.50

| | |
|---|---|
| 7/2/07 | Review email and release from infringer and draft email and forward release to Debra and DP for consideration<br>Time: 0.4 hour (Office) Fee: $90.00 |
| 7/5/07 | Legal research on causes of action against infringer in New York<br>Time: 2.1 hours (Office) Fee: $472.50 |
| 7/6/07 | Online search defendants' corporate status in New York, check federal and California state statutes, draft complaint and email to Debra and DP<br>Time: 5.2 hours (Office) Fee: $1,170.00 |
| 7/9/07 | Telephone conference with DP regarding complaint, defendants' identity, and claims<br>Time: 0.2 hour (Office) Fee: $45.00 |
| 7/10/07 | Review email from DP regarding individual defendants' names, revise complaint and email it to Debra and DP, further revise complaint and prepare summons and civil case cover sheet<br>Time: 2.1 hours (Office) Fee: $472.50 |
| 7/12/07 | Review emails from DP and Debra regarding additional defendant, further revise complaint, check new defendant's corporate status, and email complaint to Debra and DP, further revise summons and civil case cover sheet<br>Time: 1.1 hours (Office) Fee: $247.50 |
| 7/13/07 | Travel to/from San Jose Federal Court for filing summons and complaint, and forward copy to process server for service of process on defendants<br>Time: 2.0 hours (Travel) Fee: $230.00 |
| | Review Judge Larson's standing order and draft email to Debra and DP regarding the status<br>Time: 0.2 hour (Office) Fee: $45.00 |
| 7/19/07 | Review ecf filing (ADR scheduling order, judge and court's standing order and consent to magistrate judge assignment) and draft email to DP and review reply email from DP<br>Time: 0.3 hour (Office) Fee: $67.50 |
| 7/23/07 | Review ecf filing from the court regarding notice of copyright action and draft email to DP and Debra regarding the same<br>Time: 0.2 hour (Office) Fee: $45.00 |
| 7/27/07 | Telephone conference with Andy Lee of Drifting Computer regarding sale of writing pads and draft email to Debra and DP regarding the same, telephone conference with DP regarding the same and review email from DP and draft reply<br>Time: 0.4 hour (Office) Fee: $90.00 |
| 7/31/07 | Review file, call Drifting Computer, and telephone message to DP regarding Drifting Computer's disconnected phone lines<br>Time: 0.2 hour (Office) Fee: $45.00 |
| 8/7/07 | Review email from C-Net's counsel regarding release and forward it to DP, review email from Debra and draft reply email regarding C-Net release and status of lawsuit |

Time: 0.3 hour (Office) Fee: $67.50

8/23/07 Review release signed by DP and forward it to Cnet's counsel, and draft email to DP and Debra regarding status of service on defendants in NY
Time: 0.5 hour (Office) Fee: $112.50

8/28/07 Review proof of service from process server, and draft email to DP and Debra regarding bad addresses for SPC, GLZ and Ivy Computer
Time: 0.4 hour (Office) Fee: $90.00

8/29/07 Review Debra's email and draft reply regarding Ivy Computers' address
Time: 0.1 hour (Office) Fee: $22.50

9/4/07 Review and compile proof of service for filing with the court, and draft emails to DP and Debra regarding bad addresses of defendants
Time: 0.8 hour (Office) Fee: $180.00

Travel to/from San Jose Federal Court for filing proof of service
Time: 1.7 hours (Travel) Fee: $195.50

9/5/07 Review file and draft request to enter default and affidavit in support of request to enter default and ecf filing with the court, review emails from DP and Debra regarding defendants' addresses and draft reply emails
Time: 2.2 hours (Office) Fee: $495.00

9/6/07 Review emails from Debra and Pearl and draft reply email regarding defendants' addresses, review email from Pearl and draft reply emails to DP and Debra, telephone conference with DP regarding service of summons and dismissal, office conference with process server regarding service of summons in NY, draft voluntary dismissal of SPC, ecf filing with the court and email the same to DP and Debra
Time: 1.4 hours (Office) Fee: $315.00

9/13/07 Review email from DP, draft reply, send complaint to DP and draft email to infringer's counsel regarding settlement agreement
Time: 0.1 hour (Office) Fee: $22.50

9/17/07 Review email and signature page of settlement from infringer and forward the same to DP and Debra
Time: 0.1 hour (Office) Fee: $22.50

9/20/07 Review email from DP regarding New York infringer and default judgment and draft reply
Time: 0.1 hour (Office) Fee: $22.50

9/21/07 Review fax from GLZ Service regarding lawsuit and fax to DP, telephone conference with DP regarding GLZ, draft cease and desist letters to Trends PC, Super APM and Network Essential and draft email to DP and Debra regarding the same
Time: 0.7 hour (Office) Fee: $157.50

Review email from DP regarding settlement with GLZ and draft email and agreement to GLZ

Time: 0.4 hour (Office) Fee: $90.00

9/24/07 Review email from GLZ and draft email to DP and Debra regarding settlement, review email from Debra regarding GLZ, revise settlement agreement and draft email to GLZ
Time: 0.4 hour (Office) Fee: $90.00

9/25/07 Review email from GLZ and draft reply email regarding dismissal and telephone conference with DP and Debra regarding PC Mobile
Time: 0.3 hour (Office) Fee: $67.50

10/12/07 Review file and draft email to DP and Debra regarding settlement with New York Computer, draft dismissal with prejudice and ecf filing with the court and email the same to DP and Debra and draft letter and agreement to New York Computer Supply
Time: 1.4 hours (Office) Fee: $315.00

10/16/07 Review ecf filing from court regarding order continuing CMC and draft email to DP and Debra
Time: 0.1 hour (Office) Fee: $22.50

10/30/07 Review file and draft email to D&R Legal process Server regarding service of process on Ivy Lin, Elite Network Computer, and GLZ Service
Time: 0.2 hour (Office) Fee: $45.00

11/7/07 Review ecf filing regarding failure in submitting complaint's PDF file to judge, review judge's standing orders, telephone conference with court clerk Gloria Acevedo, and email complaint to judge
Time: 0.8 hour (Office) Fee: $180.00

11/8/07 Draft email to DP and Debra regarding status and return letter to infringer for undeliverable, review email from Debra and revise letter to infringer
Time: 0.2 hour (Office) Fee: $45.00

11/14/07 Review proof of service from D&R regarding service on GLZ, Ivy Lin and Elite Computer and prepare proof of service, and ECF filing of proof of service with the court to District Court, and ecf filing from the court, and forward the same to DP and Debra
Time: 1.2 hours (Office) Fee: $270.00

11/15/07 Telephone conference with court clerk regarding CMC, draft consent to magistrate judge, request for entry of default and affidavit in support of default, and motion to vacate CMC, ecf filing to court and draft email to Debra and DP regarding the same
Time: 2.2 hours (Office) Fee: $495.00

11/19/07 Review ecf filing regarding order granting vacating CMC and draft email to DP and Debra regarding the same
Time: 0.1 hour (Office) Fee: $22.50

11/26/07 Review ecf filing regarding entry of default against Ivy Lin and Elite Network Computer and forward the same to Debra and DP
Time: 0.1 hour (Office) Fee: $22.50

12/10/07 Review file and draft motion for entry default judgment and affidavit, and draft email to DP and Debra regarding the information required for affidavit
Time: 1.8 hours (Office) Fee: $405.00

12/13/07 Review DP's reply regarding products and draft reply email, review products list from DP and draft reply
Time: 0.2 hour (Office) Fee: $45.00

1/16/08 Travel to/from Penpower for meeting with DP
Time: 0.5 hour (Travel) Fee: $75.00

Office meeting with DP regarding exhibits needed for Debra's affidavit in support of motion for default judgment
Time: 1.5 hours (Office) Fee: $375.00

1/24/08 Review file and draft affidavit of Debra in support of motion for default judgment
Time: 1.8 hours (Office) Fee: $450.00

1/25/08 Revise affidavit of Debra in support of motion for default judgment, draft motion for default judgment, legal research on case law and draft proposed order and memorandum of points and authorities in support of motion for default judgment, and ecf filing with the court and Fedex printed copy to court, draft email to ecf filing regarding failure in filing Ex. Ds and review reply from ecf
Time: 8.4 hours (Office) Fee: $2,100.00

1/28/08 Draft email to Judge Larson regarding proposed order and download filed documents from ecf filing
Time: 0.5 hour (Office) Fee: $125.00

1/29/08 Review ecf filing and clerk notice regarding reassignment of judge and draft email to DP and Debra regarding the same
Time: 0.1 hour (Office) Fee: $25.00

1/30/08 Review ecf filing and clerk notice regarding reassignment to judge Condi and draft email to DP and Debra regarding the same
Time: 0.1 hour (Office) Fee: $25.00

1/31/08 Review email from DP regarding reassignment and draft reply, review ecf filing regarding notice of hearing on default judgment, draft email to Debra and DP regarding the same, review email from DP and draft reply
Time: 0.6 hour (Office) Fee: $150.00

2/25/08 Review email and copyright certificate from Debra and draft reply
Time: 0.1 hour (Office) Fee: $25.00

3/12/08 Telephone conference with DP regarding prove-up hearing evidence
Time: 0.1 hour (Office) Fee: $25.00

3/13/08 Review emails and purchase receipts from DP and telephone conference with court clerk and DP regarding hearing and sale receipts
Time: 0.3 hour (Office) Fee: $75.00

| | |
|---|---|
| 3/18/08 | Telephone conference with Court Clerk regarding vacating hearing and draft email to DP and Debra regarding the same<br>Time: 0.1 hour (Office) Fee: $25.00 |
| 3/20/08 | Telephone conference with Debra regarding judgment and enforcement<br>Time: 0.2 hour (Office) Fee: $50.00 |
| 4/15/08 | Review ecf filing and court order demanding further evidence and draft email to DP and Debra regarding the same<br>Time: 0.2 hour (Office) Fee: $50.00 |
| 4/16/08 | Telephone conference with Debra regarding evidence required to prove damages and injunctive relief<br>Time: 0.3 hour (Office) Fee: $75.00 |
| 4/21/08 | Review emails and files from Debra regarding damages, draft English translation for damage claims and email to Debra<br>Time: 3.4 hours (Office) Fee: $850.00 |
| 4/22/08 | Review email and documents from Debra and draft reply<br>Time: 0.4 hour (Office) Fee: $100.00 |
| 4/23/08 | Review email from Debra regarding revised Damages-Growth Rate and draft reply<br>Time: 0.1 hour (Office) Fee: $25.00 |
| 4/24/08 | Review files and draft affidavits of Penpower Inc, Penpower Technology and Yung-Ming Chou in support of motion for default judgment<br>Time: 5.0 hours (Office) Fee: $1,250.00 |