United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENPOWER TECHNOLOGY LTD., and PENPOWER INC., <br><br> Plaintiffs, <br><br> v. <br><br> S.P.C. TECHNOLOGY, GLZ SERVICE INC., PC MOBILE STATION.COM CORP., JNB GROUP INC., HERBET LIN d.b.a. ALL TECH COMPUTER, IVY LIN d.b.a. IVY COMPUTERS, INC., ELITE NETWORK COMPUTER, INC., ANDY CHEN d.b.a. DRIFTING COMPUTER, JACK WANG d.b.a. SHENZHOU COMPUTER MALL, INC., TONY CHANG d.b.a. AZIANEAGLE, AND NEW YORK COMPUTER SUPPLY, INC., <br><br> Defendants. | Case No. 07-3621 SC <br><br> <u>DEFAULT JUDGMENT</u> |

Pursuant to the Court's Order issued on June 17, 2008, the Court hereby enters default judgment on Plaintiffs' first cause of action for trademark infringement in violation of 15 U.S.C. §1114(1); second cause of action for unfair competition and false designation of origin in violation of 15 U.S.C. § 1125(a); and sixth cause of action for copyright infringement in violation of 17 U.S.C. § 101 <u>et</u> <u>seq.</u>

The Court DENIES default judgment on Plaintiffs' fourth and

seventh causes of action for unfair competition, deceptive advertising and unfair trade practices under California Business and Professions Code § 17200 <u>et</u> <u>seq.</u>, and fifth cause of action for dilution and injury to business reputation under California Business and Professions Code § 14330.

Plaintiffs' request for a permanent injunction is GRANTED.

It is hereby ORDERED that:

Defendants, their officers, agents, servants, employees and all other persons acting in concert or participation with them, are permanently enjoined from:

- Infringing Plaintiffs' trademark and/or copyright in any manner; or

- Distributing, advertising, promoting, offering for sale and/or selling any merchandise bearing or using any of Plaintiffs' trademarks, or any colorable imitations thereof.

In addition, the Court GRANTS Plaintiffs' attorneys' fees in the amount of $16,497 and costs in the amount of $2,005.

IT IS SO ORDERED.

Dated: June 24, 2008

_____
UNITED STATES DISTRICT JUDGE